UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 26 2013

FILED
DOCKETED         DATE         INITIAL

ALBERT L. BRINKMAN,
APPELLANT-PLAINTIFF

VS.

CHARLES RYAN, ET AL.

DEFENDANT

CASE NO: 13-16000

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW ALBERT L. BRINKMAN, PLAINTIFF-APPELLANT PRO SE PURSUANT TO SSC 1915, (AND OR ANY LAWS THE COURT MAY APPLY), AND REQUESTS THIS COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THIS CASE FOR THE FOLLOWING REASONS:

1) PLAINTIFF IS UNABLE TO AFFORD COUNSEL, (DECLARATION AT #1)

2) THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX (DEC. AT #2)

3) THE PLAINTIFF, AS A CLOSE CUSTODY INMATE HAS LIMITED ACCESS TO WHAT IS CALLED THE LAW LIBRARY AND NO VALID "LEGAL ACCESS" ASSISTANCE (SEE DEC. AT #3)

4) PLAINTIFF HAS A LIMITED KNOWLEDGE OF THE LAW, (SEE DEC. AT #4)

5) OVER 30 DAYS AGO, THE PLAINTIFF WROTE LETTERS TO MORE THAN THREE ATTORNEYS ASKING THEM TO HANDLE HIS CASE BUT HE HAS NOT HEARD FROM THEM, (SEE DEC. AT #5)

6) PLAINTIFF HAS PHYSICAL AND MENTAL CONDITIONS THAT LIMIT HIS ABILITY TO PROPERLY LITIGATE, AND STAFF HAVE DESTROYED RECORDS (SEE DEC. AT #6)

PLAINTIFF HAS ATTACHED A DECLARATION IN SUPPORT OF THIS MOTION AND INCORPORATES IT HERE BY REFERENCE TO BE CONSIDERED BY THE COURT, (SEE ATTACHMENT "A" TO THIS FILING FOR DECLARATION). FOR THE REASONS STATED ABOVE PLAINTIFF-APPELLANT NEEDS COUNSEL.

WHEREFORE, THIS HONORABLE COURT SHOULD APPOINT COUNSEL TO REPRESENT PLAINTIFF

8/22/13    ALBERT L BRINKMAN PRO SE

ATTACHMENT "A"

DECLARATION IN SUPPORT OF
MOTION FOR COUNSEL

# DECLARATION OF ALBERT L BRINKMAN

I, ALBERT L. BRINKMAN DECLARE UNDER PENALTY OF PURJURY THAT THE FOLLOWING INFORMATION IS TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

1) I AM UNABLE TO AFFORD COUNSEL AS I AM INDIGENT AND THE ONLY MONIES ARE "GIFT FUNDS" FROM FAMILY AND THEY TOO HAVE LIMITED FUNDS. WHILE GOOD OF HEART, THERE JUST IS NO FUNDS TO BE HAD.

2) THE COMPLEXITY OF THIS CASE IS FAR BEYOND OVERWHELMING TO ME, AND I BELIEVE IT WOULD TAX A ATTORNEY ALSO, AS IT IS LENGTHY IN TIME COVERED, INVOLVES VARIOUS LOCATIONS, (WHILE CURRENTLY HAS ONLY LINDERMAN, BUT MORE INVOLVED), HAS MANY DEFENDANTS, AND PROPER PRESENTATION OF THE ISSUES, INVOLVES MANY TYPES OF ISSUES. THIS CASE AS A WHOLE IS A SINGLE CASE STARTING IN 2006 AS:  4:06-CV-00512-CKJ
THEN :  4:08-CV-00670-FRZ
THEN :  4:12-CV-00011-FRZ-PSOT
THEN :  4:12-CV-01493-RCS-BSB
AND REFLECTS MANY DISMISSED COUNTS, CLAIMS, CASES DUE TO MY INABILITY TO PROPERLY PERFORM IN THE COURT SYSTEM. I AM ALLEGING I AM UNABLE TO PRACTICE MY RELIGION AND BEGAN FILING COMPLAINTS ABOUT IT. THIS IN TURN CAUSED HOSTILITIES RESULTING IN VARIOUS RETALIATIONS, IN THE FORM OF PROPERTY LOSS, ABUSIVE TREATMENT DURING SHAKEDOWN, (THAT DON'T CONFORM TO POLICY PROCEDURES (AND DUE PROCESS), LIKE JUST TAKING ITEMS W/O RECIEPTS OR LETTING ME OBSERVE, AND OR "TOSSING THE CELL", ETC.), TAKING RELIGIOUS PROPERTY AND ACTIVE SPELLWORK THAT IS IN-PROCESS, (CONSIDER THIS INTERRUPTING A PRAYER), SPREADING HOSTILITY TO OTHER STAFF AND AREAS LIKE MEDICAL, PROPERTY, (AS STAFF WORK VARIOUS LOCATIONS ALMOST DAILY), KITCHEN, YARD, ETC. AS I WAS LABELED "A GRIEVANCE FILER", CAUSING INCREASED DISCIPLINARY, AND INCREASING, AS I WOULD NOT STOP, TO PHYSICAL ABUSE, (SOME OF WHICH ROSE TO ASSAULT-MISUSE OF FORCE), AND FAILURE TO PROTECT, (GETTING INMATES INVOLVED AND/OR "ALLOWING IT") WITHOLDING OF CASH REFUNDS FREELY GIVEN TO OTHER AND SIMPLY MISPROCESSING GRIEVANCES OR AND BANNING ME FROM THE SYSTEM THAT IS THE DUE PROCESS TO RESOLVE ISSUES, IGNORING DOCTORS ORDERS AND DENYING A.D.A. ACCOMMODATIONS, WITHDRAWING APPROVAL FOR RELIGIOUS ITEMS OR CONDUCT, (OILS, CATALOGS, FIRE, ENOUGH TIME, FOOD AND DRINK FOR THE CEREMONIAL "CAKES AND ALE" PART OF MY PRACTICE, TAKING OILS THAT WERE ALLOWED TO BE KEPT UNTIL GONE (AFTER BANNING THEM)). THIS COMPLEXITY OF RELIGION, MEDICAL, PROPERTY, ASSAULTS, RETALIATIONS, COURT ACCESS, (WHEN FORCING A CHOICE OF RELIGION OR REC., RELIGION OR LIBRARY, EVEN RELIGION OR MEDICAL), TAKING MY RELIGIOUS NECKLACE BUT ALLOWING CHRISTIAN NECKLACES, ORDERING I REMOVE MY 1 PAGE WICCA CALENDAR WHILE ALLOWING WHOLE 12 MONTH CHRISTIAN CALENDARS TO STAY, AND MORE, THIS IS SUCH A TANGLED WEB OF TIME AND ISSUES FAR BEYOND MY ABILITY IT HAS RESULTED IN 7 YEARS OF NO RELIGIOUS PRACTICE AND A SAD AMOUNT OF ABUSE AND I ASSUME THE LOSS OF MANY ISSUES DUE TO MY INCOMPETENCE AND INABILITY TO PROPERLY PRESENT ANY OF IT

3) I have limited access to any information at all. In Department Order 902 "Inmate Legal Access" (can be reviewed on the A.D.O.C. website), you will see at attachment "A" the small list of books available, and in the policy you will find para-legal "help" is prohibited from any practice of law. In short all they do is hand you the 1983 form and make sure you can read it, and may only talk to you at all when it is the first filing (so when kicked back, (or appeals), your on your own). I have no help.

4) I have repeatedly shown limited knowledge of the law.

5) Attorneys simply seem disinterested in a prisoner case after the PLRA. I get no response in any event.

6) Because of failing health, (a heart needing more stints, and or lung growth - both unrepaired), and the retaliatory stopping of pain meds because I complained no gloves were being worn while it allowed transfer of saliva from person to person, I have problems with long-term writing and concentration which is required for legal work. Additionally, staff have disposed of records and exhibits leaving me w/o needed records, I don't even have a copy of the original complaints to this case, and will mostly be limited to the religious count on appeal as I do have that count. I have "parked" many of my documents in these case files but have no computer to give me access to them, (many of them the originals, as I could get no copies). The tossing out of my records happened several times, but I could not stop them. And my incompetence in getting proper PI/TRO gave no relief. Yet another demonstration of my (ability) (inability) to properly use the legal system.

An additional factor of health is that 2 years ago I was tested on the A.A.A.'s and was sent to "ICU" to be cut open, but "a few weeks" delay was to be had as they discovered a lung growth needing biopsy/removal approval, and I was returned to A.D.O.C. to get that. No one has discussed returning me ever since. Now they are talking about doing another "check-up". Without doubt, I will be checked and sent to "ICU" to cut me open. I believe that it will be on the same level as open heart surgery, (if not directly classed as that). Recovery will be an issue if I live through it and also hamper proper litigation. Should I not live through it, I don't want this case to go away. A.D.O.C. should not be allowed to triumph over religion and my civil rights by way of religious oppression and murder. That, like my records can be assured by counsel. (Note: A.A.A. = Abdominal Aortic Aneurysm)

(current date)
_Albert Brinkman_ 8/22/13
Albert L. Brinkman, Pro Se
(orig. date 7/28/13; ALB)

# CERTIFICATE OF SERVICE

Case Name: ALBERT L BRINKMAN v. CHARLES RYAN, ET AL

9th Cir. Case No.: 13-16080

**IMPORTANT:** You must send a copy of ALL documents filed with the Court and any attachments to counsel for ALL parties in this case. You must attach a copy of the certificate of service to each of the copies and the original you file with the Court. Please fill in the title of the document you are filing. Please list the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below.

I certify that a copy of the  MOTION FOR APPOINTMENT OF COUNSEL
(title of document you are filing)
and any attachments was served, either in person or by mail, on the persons listed below.

Signature

Notary NOT required

Name

Address

Date Served

8/22/13