RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 2 6 2013

FILED
DOCKETED          DATE          INITIAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ALBERT L. BRINKMAN,
                    PLAINTIFF

VS-

CHARLES RYAN, ET AL
                    DEFENDANT

CASE NO: 13-16000

MOTION FOR ORDER OF
RELIEF OR OTHER ACTION

COMES NOW, ALBERT L. BRINKMAN PRO SE, AND ASKS THIS COURT ISSUE ORDER RESULTING IN RELIGIOUS PRACTICE, OR THAT THAT THEY MAY.

I HAVE ATTACHED A DECLARATION WHICH I INCORPORATE HERE BY REFERENCE.

THIS ACTION/CASE(S), IS ABOUT ME BEING DENIED RELIGIOUS PRACTICE AND THE RETALIATIONS THAT FOLLOWED IN ATTEMPTING TO OBTAIN THEM. THE RETALIATIONS CONTINUE AND GROW TO DATE, AND HAVE REACHED A POINT THAT I AM DENIED EVEN FELLOWSHIP NOW. (SEE DECLARATION AND ITS ATTACHMENTS). THE RETALIATION IS KNOWN, AND INTENTIONAL, AND IS CLEARLY DUE TO COMPLAINTS MADE. I DO NOT KNOW WHAT I MAY ASK THE COURT TO DO, OR HOW TO DO IT, AND RELY WHOLLY ON THE COURT TO KNOW, BUT THE END RESULT IS TO STOP THIS, AND ALLOW RELIGIOUS PRACTICE. WHAT IT'S COME DOWN TO IS THAT I HAVE BEEN BANNED FROM DOING, THINKING, FELLOWSHIPPING, IN RELATION TO RELIGIOUS MATTERS.

I ASK THE COURT TO TAKE APPROPRIATE ACTION, AND OR ACTIONS, THAT THEY MAY, WILL, AND OR FIND JUST.

                              SUBMITTED ON 8/25/13
                              BY [signature]
                              ALBERT L. BRINKMAN, PRO SE

DECLRATION

OF

ALBERT L BRINKMAN

WITH

EXHIBITS

# DECLARATION OF ALBERT L. BRINKMAN

I, ALBERT L. BRINKMAN, declares under PENALTY OF PERJURY THAT THE FOLLOWING INFORMATION IS TRUE TO THE BEST OF MY INFORMATION KNOWLEDGE, AND BELIEF.

1) I AM AN ECLECTIC WICCAN WITH SINCERELY HELD BELIEFS, AND AM NOTED AS "WICCA" BY A.D.O.C. RECORDS

2) MY FAITH PRACTICES DOES NOT RECOGNIZE THE COMMONLY EXPECTED HIERCHIES OF AUTHORITIES COMMON TO MANY RELIGIONS

3) UNLIKE OTHER RELIGIONS SYSTEMS WHERE THE ACT OF OBTAINING "FAITH" AT SOME LEVEL IS THE STRIVED FOR GOAL, AND THE PURITY OF IT IS THE ULTIMATE ACHIEVEMENT, AND A PERSONS PERSONAL AND RELIGIOUS CONDUCT IS MEANINGLESS, (BEYOND USING IT AS A MEASURE OF FAITHS PURITY), MY RELIGIOUS BELIEFS SAY THAT "FAITH" IS BUT A SINGLE COMPONENT OF THE WHOLE, AND YOU MUST HAVE ALL THE PIECES TO BE "WHOLE" (A CAR WITHOUT TIRES AND ENGINE IS NOT "WHOLE", AND SO IS BASICALLY A "YARD DECORATION).

4) BECAUSE "WORKS" ARE CRITICAL TO MY FAITH SYSTEM, REMOVING ONE THING, OR ASPECT, RESULTS IN A TERMINATION OF WHAT IS THE WHOLE", (IT IS LIKE A LINE OF DOMINOS, AND IF ONE IS KNOCKED OVER THEY FALL, SO THAT IT IS NO LONGER "THE THING" IT STARTED AS)

5) I HAVE FILED 4 LEGAL ACTIONS, (PERHAPS INEPTLY), ALL WHICH HAVE THE SAME CONCEPT FOR VARIOUS TIME BLOCKS, THAT ARE IN ESSENCE ALLEGATIONS THAT I AM BEING DENIED RELIGIOUS PRACTICE WHICH IN TURN CAUSED COMPLAINTS TO BE FILED, RESULTING IN HOSTILITY AND RETALIATIONS THAT TOOK THE FORM OF DISCIPLINARY, PROPERTY LOSS, FAILING TO PROTECT; ASSAULT, DENIAL OF PROPER MEDICAL CARE, (CAUSING PAIN, SUFFERING, DAMAGE, AND WILL CERTIANLY WILL RESULT IN DEATH IF ALLOWED TO CONTINUE), DENIAL OF PROPER COURT ACCESS, AND MORE, (AGAIN A DOMINO EFFECT)

6) DURING THE ENTIRE GRIEVANCE AND LEGAL PROCESS, LINDERMAN, AND/OR CO-WORKERS/SUBORDINATES HAVE BECOME MORE AND MORE RESTRICTIVE AND AGGRESSIVE IN TREATMENT OF ME AND/OR MY FAITH SYSTEM BY THE CONDUCT; AND OR RESTRICTIONS OF ? CHAPLAINS PERFORMING SEARCHS OF ME AND/OR MY RELIGIOUS MATERIALS, MAKING SEIZURES OF RELIGIOUS MATERIALS, BREAKING RELIGIOUS ITEMS, ISSUING ME DISCIPLINORY "TICKETS", BANNING TOBACCO USE EITHER PERSONNALY AND/OR FOR RELIGIOUS USE, USE OF FOODS AND DRINK FOR SOME RELIGIOUS FUNCTIONS, (GROUP ACTIONS), BANNING USE OF FIRE/FLAME, ESSENTIAL OILS, BOOKS AND/OR CATALOGS OF RELIGIOUS RELATED MATTERS, REFUSING TO ALLOW ME MY RELIGIOUS DIETARY NEEDS, REFUSING TO PROCESS REQUESTS TO OBTAIN NEEDED ITEMS AND SUPPLIES, THE RESTRICTING OF THE AMOUNT OF HERBS THAT CAN BE USED DURING A RELIGIOUS CEREMONY WHICH ALSO RESTRICTS WHAT CEREMONIES CAN BE PERFORMED, RELOGATING INTEGRAL PARTS OF MY FAITH PRACTICE, (SABBATS), TO THE STATUS OF OPTIONAL RELIGIOUS HOLIDAYS, HAVE ORDERED ME HOW TO PERFORM RELIGIOUS MATTERS AND WITH WHAT ITEMS (IE. LIGHT YOUR HERBS WITH A CIGARETTE, USE A PICTURE OF FIRE, USE ELECTRIC CANDLES, USE THIS TYPE OIL, DON'T MAKE RELIGIOUS ITEMS ONLY PURCHASE THEM, ETC.), AND LINDERMAN, BY 2/12/11, HAD ESTABLISHED HIMSELF IN WRITTEN STATE POLICY AS THE AUTHORITARIAN HIERARCHIAL RELIGIOUS LEADER OVER INMATE BELIEFS, (AND COMMAND OF SECURITY STAFF TO ENFORCE HIS WILL) WITH POWERS TO ISSUE, "VERBAL AND/OR WRITTEN DIRECTIVES FOR THE RESOLUTION OF ISSUES RELATED TO RELIGIOUS PUBLICATIONS, DIETS, ARTICLES, APPAREL, PRACTICES AND OBSERVANCES", (GENERALLY, A WRITTEN STATE POLICY THAT DECLARES HIM KING, AYATOLLAH, POPE, PROPHET, ELDER, ETC., OVER ALL FAITHS), AND

(# 6, cont.)... CLEARLY, A STATE RUN RELIGION, IN EFFECT. THIS AUTHORITARIAN HIERARCHICAL RELIGIOUS LEADER THAT MY FAITH FINDS AN ABOMINATION, THAT WIELDS THE SAME POWER IN EFFECT THAT RESULTED IN MANY WITCHES BURNING AT THE STAKE, AND MANY PEOPLE TO LEAVE EUROPE TO SETTLE THIS NATION

7) I AM UNABLE TO PRACTICE MY FAITH

8) LEGAL ACTIONS ARE OFTEN LONG, AND TIME CONSUMING

9) IT HAS COME TO MY ATTENTION FROM RECENT COURT ORDERS THAT IT MAY BE POSSIBLE THAT THE ONLY RELIEF TO MY COMPLAINTS MAY BE ONE OF INJUNCTIVE ACTION AND THAT EVEN THAT COULD BE "MOOTED"

10) DAMAGE UNDER DENIAL OF RELIGION ACCRUES DAILY FOR ME AS BOTH GROUP AND PERSONAL CEREMONIES ARE DENIED AND PERSONAL DAILY PRACTICES ARE CURTAILED, (AND/OR IMPOSSIBLE UNDER THE CONDITIONS).

11) I HAVE BEEN AT BUCKLEY UNIT, LEWIS COMPLEX, FOR MORE THEN 11 WEEKS ASKING TO BE PLACED ON THE RELIGIOUS TURNOUT, BUT TO THIS WRITING AM STILL NOT ALLOWED TO GO TO THE TURNOUT, ███ AS TO BE DENIED EVEN CONTACT WITH OTHER WICCANS AND/OR PAGANS AS A RESULT

12) I AM NOT BANNED FROM RELIGIOUS SERVICES FOR ANY SECURITY MATTER OR BY SECURITY, I AM SIMPLY NOT BEING PLACED ON THE TURNOUT SHEET BY THE CHAPLAIN OR SR. CHAPLAIN. BOTH HAVE BEEN NOTIFIED OF THE FAILURE AND SECURITY STAFF HAVE EVEN CONTACTED THEM AT THE TIME OF TURNOUTS ASKING IF THEY CAN SEND ME BUT HAVE BEEN TOLD THEY CANNOT. THESE RADIO CALL REQUESTS HAVE BEEN DONE IN MY PRESSENTENCE SO THAT I PERSONNALLY HEARD THE RESPONSES

13) WHEN ASKING THE CHAPLAIN WHERE I CAN DO "PERSONAL SERVICES" I WAS DIRECTED TO DO THEM IN MY CELL, AN INTRESTING RESPONSE CONSIDERING THE DEFENS FACTS LINDERMAN STATES TO THE COURT ON THE FIRST ISSUE AND THAT A FEW MONTHS BACK I WAS ISSUED A TICKET FOR SITTING IN MY CELL MEDITATING ON THE GODDESS WHILE MAKING THE SIGN OF THE PENTAGRAM

14) AS EXHIBITS TO SHOW THEM STAFF KNOW, (ALL THE WAY UP THE "CHAIN - OF - COMMAND", TO THE GOV. OFFICE), I PUT SOME OF THE LETTERS BEHIND THIS PAGE

15) IT IS OVER 2 YEARS SINCE I WAS TAKEN FROM "ICU" AT THE HOSPITAL, TO A.D. - O.C. FOR A FEW WEEKS TO GET "APPROVED", THE OUTLOOK IS GRIMM, I NEED RELIGIOUS ACCESS. I STILL AWAIT TO SEE A DOCTOR, AS I HAVE NOT BEEN SEEN SINCE. I NEED RELIGIOUS ACCESS.

ON 8/22/13
ALBERT L. BRINKMAN.

13-16000

**DEPARTMENT OF CORRECTIONS**

...ate Letter    HAND COPY- REAL FORMS REFUSED

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | EYMAN SMU I  I-B-40 | 3/3/13 |

| To: | Location |
|---|---|
| RYAN, CHARLES | CENTRAL OFFICE |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

LOOK, I NEED SOME RESPONSES TO SOME OF THE LETTERS I SENT YOU. AT THIS POINT THEY HAVE CUT OFF MY PAIN MEDS AS RETALIATION TO JUST...MEDICALLY TORTURE ME — I STILL AM DENIED ALL "A.D.A." ACCOMMODATION AND REMAIN "SHUT-IN" DENIED ALL ACCESS TO ALL PROGRAMS (NOTE: WHILE NOT IN LAW TO DENY "FRONT CUFFING" ON GROUNDS "WE DON'T DO THAT HERE"— ~~WHICH~~ IS "DELIBERATE INDIFFERENCE" IT IS ALSO THE SAME IF YOU THEN SEND ~~ME HERE AT ALL~~ IF YOU REFUSE TO ACCOMMODATE MY NEEDS — STOP THIS) AND I STILL AM DENIED ALL RELIGIOUS CONDUCT  THIS IS "NOTICE" OF BOTH AND NOTICE OF STAFF MISCONDUCT OF FALSIFYING OF STATE RECORDS (SEE INFORMAL DATED 3/2/13 AND IT WAS SENT AS EXHIBIT ON CURRENT CASE FILED (#12-CV-01493-ROS-BSB)) PLEASE STOP MY SUFFERING. AND MY BEING DENIED ALL ACCESS TO PROGRAMS & MEDICAL CARE (NOTE THIS ALSO AS "EXHIBIT")

| Inmate Signature | Date |
|---|---|
|  | 3/3/13 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

*THIS WAS 13558 HAND COPIED FOR INFORMAL*

Requests are limited to <u>one page</u> and <u>one issue</u>. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | 1-13-40 | Date |
|---|---|---|---|---|
| BRINKMAN, ALBERT | 133444 | EYMAN /SMU-I | | 4/19/13 |

| To: CRSdio, RON | Location WARDEN'S OFFICE |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I WAS DIRECTED TO WRITE YOU BY COTTES
PINSON, AND THEN LATER BY KRAICINSKI, SO THAT
I MAY INFORMALLY RESOLVE BEFORE I
ATTEMPT TO INFORMALLY RESOLVE BY AN
INFORMAL, ATTEMPTING TO INFORMALLY RESOLVE
MY INFORMAL RESOLUTION COMPLAINT
OF INFORMALLY BEING REQUIRED TO
INFORMALLY RESOLVE, BEFORE BEING
ALLOWED TO INFORMALLY SUBMIT AN
INFORMAL ATTEMPT TO RESOLVE INFORMALLY
A GRIEVANCE COMPLAINT, ABOUT INFORMAL
RESOLUTIONS BEING REQUIRED TO INFORMALLY BE
RESOLVED BEFORE SUBMITTING AN INFORMAL
TO INFORMALLY RESOLVE A COMPLAINT AND
THEREBY MAKING THE GRIEVANCE SYSTEM "UNAVAILABLE"
EVEN INFORMALLY

| Inmate Signature | Date 4/19/13 |
|---|---|

Have You Discussed This With Institution Staff? ☒ Yes  ☐ No  YOU CRSdio BUT CLEARLY IT IS
If yes, give the staff member's name: STILL GOING ON.

Distribution: Original - Master Record File
Copy - Inmate

916-1



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



**JANICE K. BREWER**
**GOVERNOR**

**CHARLES L. RYAN**
**DIRECTOR**

June 5, 2013

Mr. Albert Brinkman, ADC# 133444
ASPC-Lewis
Buckley Unit
P.O. Box 3400
Buckeye, AZ 85326

Re: Inmate issues

Dear Mr. Brinkman,

Thank you for your letter which was received on June 4, 2013, addressed to the Governor's Office. Your letter was sent to my attention for review and response. I am responding on behalf of the Governor.

Your letter to the Governor indicated you are having issues regarding the store, property, and have some health care concerns.

As you are aware, there are internal processes at the prisons that address the store and property issues. If you still have questions regarding these matters, you need to speak to your COIII.

The issues regarding your healthcare complaints I will forward to Corizon for response.

Sincerely,

*Jana Gunn*

Jana Gunn, Manager
Constituent Services

**ARIZONA DEPARTMENT OF CORRECTIONS**

*LETTER*

Inmate ▓▓▓▓▓▓▓▓

(NO REG. FORMS AVAILABLE - THIS FORMATTED THE SAME AS REG. 916-1 FORM)

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility 1-B-40 | DATE |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | EYMAN / SMU - I | 05/08/13 |

TO: GOVERNOR
JAN BREWER

LOCATION: ARIZONA OFFICE OF THE GOVERNOR
1700 W. WASHINGTON ST., STE 101
PHOENIX, AZ, 85007-2806

I AM AN ECLECTIC WICCAN WITH SINCERELY HELD BELIEFS, AND I HAVE BEEN DENIED PRACTICE OF MY RELIGION AND HAVE FACED AGRESSIONS, OPPRESSIONS, PROPERTY LOSS, DISCRIMINATIONS, AND DENIAL TO APPROVED RELIGIOUS PROPERTY I PURCHASED, AND OWN, BUT ACCESS TO IT IS WITHHELD, (MY BOOKS, RELIGIOUS NECKLACE, "HOLY BOOK", ALTAR, ETC.), CAUSING DENIAL OF ALL PRESCRIBED RELIGIOUS CEREMONIAL CONDUCT. I REQUEST THAT YOU PROVIDE OR ALLOW FOR MY NEEDS TO PROPERLY PRACTICE MY RELIGION IN CEREMONIAL MATTERS, DIETARY MATTERS, AND PERSONAL RELIGIOUS PRACTICES, AND ENSURE I AM ALLOWED TO PARTICIPATE IN RELIGIOUS PRACTICES/ACTIVITIES. IN ORDER TO SUITABLY PRACTICE MY RELIGIOUS BELIEFS I REQUIRE THE BELOW LISTED THAT ARE EACH IN PROPER FORM.

1) A PROPER PLACE TO HAVE RELIGIOUS CEREMONIES
2) TWO TURNOUTS PER WEEK ; 3 HOURS EACH
3) (8) EIGHT SABBATS A YEAR ; 4 HOURS EACH
4) 36 OZ. OF HERBS (TO MATCH ZODIAC)
5) 12 OZ. ESSENTIAL OILS (TO MATCH ZODIAC)
6) 120 STICKS OR CONES OF INCENSE (TO MATCH ZODIAC)
7) CAULDRON
8) BROOM
9) CHALICE
10) CANDLES
11) CEREMONIAL ROBES AND JEWELRY
12) BELL
13) WAND
14) ATHAME
15) ALTAR CLOTHS (SM. AND LG.)
16) PENTACLE
17) BOWLS
18) OBLATION DISH
19) GOD AND GODDESS STATUE
20) CORDS, RIBBONS, AND PROPER CONTAINERS, BAGS, WRAPS FOR EACH ITEM
21) CENSER
22) MORTAR AND PESTLE
23) RELIGIOUS DIET, FOODS, DRINK, AND FEASTS
24) "HOLY BOOK" (BOOK OF SHADOWS SUPPLIES TO MAKE AND MAINTAIN), AND STUDY BOOKS
25) 12 STONES (TO MATCH ZODIAC)

MOREOVER, I HAVE SUFFERED HARASSMENT, AND PERSECUTION, OVER MY RELIGIOUS BELIEFS, AND AM ASKING YOU TO SEE THAT IT ALL STOPS, AND I BE ALLOWED TO HAVE RELIGIOUS PRACTICE, AND NOT SUFFER ANY ADVERSE, AND OR UNEQUAL TREATMENT BECAUSE OF MY BELIEFS

| Signature | Date |
|---|---|
| [signature] | 05/08/13 |

(- HAND COPY -)

916-1

**ARIZONA DEPARTMENT OF CORRECTIONS**

~~LETTER~~

Inmate ~~████████~~

(NO RSG. FORMS AVAILABLE - THIS FORMATTED THE SAME AS RSG. 916-1 FORM)

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | ~~DATE~~ |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | EYMAN/SMU-E 1-B-40 | 05/08/13 |

| TO: SR CHAPLAIN VICKLAND | LOCATION: COMPLEX SR. CHAPLAIN'S OFFICE |
|---|---|

I AM AN ECLECTIC WICCAN WITH SINCERELY HELD BELIEFS, AND I HAVE BEEN DENIED PRACTICE OF MY RELIGION AND HAVE FACED AGGRESSIONS, OPPRESSIONS, PROPERTY LOSS, DISCRIMINATIONS, AND DENIAL TO APPROVED RELIGIOUS PROPERTY I PURCHASED, AND OWN. BUT ACCESS TO IT IS WITHELD (MY BOOKS, RELIGIOUS NECKLACE, HOLY BOOK, ALTAR, ETC) CAUSING DENIAL OF ALL PRESCRIBED RELIGIOUS CEREMONIAL CONDUCT. I REQUEST THAT YOU PROVIDE OR ALLOW FOR MY NEEDS TO PROPERLY PRACTICE MY RELIGION IN CEREMONIAL MATTERS, DIETARY MATTERS, AND PERSONAL RELIGIOUS PRACTICES, AND ENSURE I AM ALLOWED TO PARTICIPATE IN RELIGIOUS PRACTICES/ACTIVITIES. IN ORDER TO SUITABLY PRACTICE MY RELIGIOUS BELIEFS I REQUIRE THE BELOW LISTED THAT ARE EACH IN PROPER FORM.

1) A PROPER PLACE TO HAVE RELIGIOUS CEREMONIES
2) TWO TURNOUTS PER WEEK; 3 HOURS EACH
3) 8) EIGHT SABBATS A YEAR; 4 HOURS EACH
4) 36 OZ. OF HERBS (TO MATCH ZODIAC)
5) 12 OZ. ESSENTIAL OILS (TO MATCH ZODIAC)
6) 120 STICKS OR CONES OF INCENSE (TO MATCH ZODIAC)
7) CAULDRON
8) BROOM
9) CHALICE
10) CANDLES
11) CEREMONIAL ROBES AND JEWELRY
12) BELL
13) WAND
14) ATHAME
15) ALTAR CLOTHS (SM. AND LG.)
16) PENTACLE
17) BOWLS
18) OBLATION DISH
19) GOD AND GODDESS STATUE
20) CORDS, RIBBONS, AND PROPER CONTAINERS, BAGS, WRAPS FOR EACH ITEM
21) CENSER
22) MORTAR AND PESTLE
23) RELIGIOUS DIET, FOODS, DRINK, AND FEASTS
24) HOLY BOOK" (BOOK OF SHADOWS SUPPLIES TO MAKE AND MAINTAIN) AND STUDY BOOKS
25) 12 STONES (TO MATCH ZODIAC)

MOREOVER, I HAVE SUFFERED HARASSMENT, AND PERSECUTION, OVER MY RELIGIOUS BELIEFS, AND AM ASKING YOU TO SEE THAT IT ALL STOPS, AND I BE ALLOWED TO HAVE RELIGIOUS PRACTICE, AND NOT SUFFER ANY ADVERSE, AND OR UNEQUAL TREATMENT BECAUSE OF MY BELIEFS.

| Signature | Date |
|---|---|
| ~~[signature]~~ | 05/08/13 |

MAY 16 2013

916-1

# ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter Response

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Brinkman, Albert | 133444 |

| Institution/ Unit |
|---|
| ASPC-E- SMU          Housing:  1-B-40 |

| From | Location |
|---|---|
| Senior Chaplain Vicklund | Complex Religion Office |

Your inmate letter is being returned in accordance with Department Order 916.03; 1.2.1 for one or more of the following reasons:

☒ ~~Not on proper Inmate Letter Form 916-1 (1.1.2)~~

☒ Contains more than one issue (1.2).

☐ No attachments are to be submitted with form 916-1.   One page utilizing
available space only with no additional attachments (1.2)

☐ The content of your letter concerns a grievance/grievance appeal.  Grievances
and Grievance appeals are to be processed through your grievance coordinator (1.4.2 and 1.6).

☐ This issue needs to be addressed at the institutional level.

☐ The inmate letter has not been signed by the inmate whose name appears as
the one submitting.

☐ The content of the letter does not require a response, or no response has been
requested.

☐ This issue has been addressed in a previous inmate letter response.

☐ This inmate letter is partially or completely abusive in nature.

☐ The inmate letter received is an exact duplicate of other inmate letters,
apparently prepared by one inmate who solicited the signatures of other inmates.

☐ Other:

| Staff Signature | Date |
|---|---|
|  | 5/17/2013 |

Distribution:    Original - Central Office Master File
                      Copy - Inmate
                      Copy - Institutional File

916-2
5/13/10

# ARIZONA DEPARTMENT OF CORRECTIONS

Inmate ~~Grievance~~ LETTER

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility I-B-41 | DATE |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | EYMAN/SMU-I | 05/13/13 |

TO: RYAN, CHARLES, DIRECTOR | LOCATION: CENTRAL OFFICE DIRECTOR'S OFFICE

SIR — I HAVE BEEN REPEATEDLY TOLD THAT I AM TO WRITE YOU, AND VOICE MY COMPLAINTS INFORMALLY TO YOU, BEFORE, I WRITE, AN "INFORMAL COMPLAINT" TO COIII PINSON OR KRACINSKI, (THIS HAS EVEN BEEN PUT IN PRINT IN SOME RESPONSES) beyond THE VERBAL INSTRUCTIONS), AND WHILE I HAVE INSISTED THAT Addressing THE ISSUE WITH THE OFFICER CAUSING THE PROBLEM, THEN MY FLOOR STAFF, THEN UNIT SGT., AND THEN LT., (IF THEY WILL RESPOND), AND THEN IN AN "INFORMAL" TO MY COIII, ALL WITHIN THE 10 WORK-DAYS AS STATED IN D.O. 802.02 AND D.I. 287, sec 802.02 is THE WAY TO ADDRESS MY COMPLAINTS AND WHAT THEY ARE TELLING me IS NOT IN THE PRINTED POLICY, AND THAT MEANS THEY ARE NOT FOLLOWING PRINTED POLICY, AND I FOLLOWED EVERY STEP OF WHAT IS PRINTED ON EVERY ISSUE. Now, ROBERT PATTON, IN his 5/6/13 RESPONSE ACKNOWLEDGES THAT STAFF ARE NOT FOLLOWING PRINTED POLICY, and THAT MY MONIES HAVE BEEN TAKEN BUT he DEFLECTS INTO QUESTIONS/COMPLAINTS OF THE GRIEVANCE SYSTEM THAT IS MY PLRA EXHAUSTION FOR LAWSUITS BUT DOES NOTHING ABOUT MY STOLEN FUNDS (THE $110.90 TAKEN OVER YOUR BOOTS PROBLEM IN DEC. AND THE $42.84 OVER MISSING COFFEE). SO, UNTIL YOU INFORM ME OTHER-WISE I WILL FOLLOW THE DIRECTIONS AND FILE ALL MY COMPLAINTS TO YOUR OFFICE AS A FIRST STEP BEFORE FILING "INFORMAL" TO THE COIII, AS I'm BEING DIRECTED, IN THIS ENVELOPE I HAVE PLACED A COPY OF THE LATEST GRIEVANCE ABOUT MY FUNDS. THIS ONE WAS FILED AFTER THE ONE THAT COIII ALLEN AND I FILED TOGETHER THAT EXPLAINED TO PINSON THAT COIII ALLEN VERIFIED NO SIGNED RECEIPT FOR THE 110.90 WAS had, THAT she TALKED TO THE OFC.'s, THAT I HAD A SIGNED RECEIPT FROM THE OFC. THAT TOOK THE STORE back (ON THE 42.84), THAT ALLEN SPOKE WITH STORE STAFF AND WAS RECOMMENDING REFUND — ALL OF WHICH WAS MINDLESSLY REJECTED BY PINSON AS "UNPROCESSED" due TO NOT ADDRESSING IT WITH STAFF (WHICH I NOW UNDERSTAND SHE MEANT YOU). REFUND THE 110.90 $42.84 AND I WILL ADDRESS ALL COMPLAINTS TO YOU FIRST FROM NOW ON — THANK YOU

| Signature | Date |
|---|---|
| *[signature]* | 05/13/13 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

Case: 13-16000    08/26/2013    ID: 8757842    DktEntry: 12    Page: 12 of 57

ARIZONA DEPARTMENT OF CORRECTIONS
LETTER (3RD NOTICE)

## PLEASE CORRECT THESE ISSUES (I WILL TAKE LEGAL ACTION TO CORRECT)

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility 1-B-40 | DATE? |
|---|---|---|---|
| BRINKMAN, ALBERT, L | # 133444 | EYMAN /SMU-F | 05/14/13 |

To: GOVERNOR,
JAN BREWER

LOCATION: ARIZONA OFFICE OF THE GOVERNOR
1700 W. WASHINGTON ST., STE 101
PHOENIX, AZ., 85007-2806

DEAR GOV. BREWER;

MY NAME IS ABOVE, AND AS YOU CAN SEE, I AM IN A.D.O.C..
MY CURRENT ADDRESS IS: ALBERT L BRINKMAN #133444
A.S.P.C. - EYMAN / SMU-I /1-B-40
P.O. BOX 4000
FLORENCE, AZ. 85132

I WRITE YOU AGAIN BECAUSE NOTHING HAS BEEN CORRECTED
NOTHING HAS BEEN RESOLVED AND THINGS HAVE GOTTEN WORSE. I
HAVE NO RELIGIOUS PRACTICE AT ALL. STAFF WITHOLD MY APPROVED
RELIGIOUS PROPERTY, (EVEN MY PENTAGRAM NECKLACE, I'M WICCAN), WHILE
ALLOWING NECKLACES WITH CROSSES), AND MY ALTAR / HOLY BOOK "(MY
BOOK OF SHADOWS), AND I WAS ISSUED A DISCIPLINARY TICKET FOR
QUIETLY SITTING ON MY CELL FLOOR MEDITATING ON THE GODDESS WHILE I
MAKE THE PENTAGRAM WITH A WET FINGER ON THE FLOOR. I WAS TOLD
BY OFC. MILLER IT'S NOT A REAL RELIGION. IT IS CLEAR RELIGIOUS
DISCRIMINATION AND/OR HARRASSMENT BECAUSE IF YOU REMOVE ALL
RELIGIOUS RELATED MATTERS FROM EVENTS... I'M QUIETLY SITTING IN MY
PROPER AND SECURE CELL, - WHY IS MILLER EVEN TALKING TO ME?? MOREOVER,
RYAN, LINDERMAN, CREDIO, THOMPSON ARE OPENLY SUPPORTING AND/OR ALLOWING
THE DENIAL OF MY RELIGIOUS PRACTICE IN VIOLATION OF R.L.U.I.P.A./ 1ST AMEND.
AND STATE LAW (ARS 41-1493). ALSO, I AM DISABLED AS DEFINED UNDER A.D.A.
AND REHAB. ACT (§ STATE LAW) AND I HAD A "FRONT CUFFING" ACCOMMODATION/TREATMENT
FOR MANY YEARS BUT SECURITY CAPT. SCOTT ORDERED MY DOCTOR TO CHANGE IT, AS
HE TELLS ME "WE DON'T DO THAT HERE" (BUT POLICY & LAW STATES "WE DO"). AS
I NOT ONLY HAVE A BAD BACK THAT THIS WAS STARTED FOR BUT THE LAST
5 YEARS I HAVE HAD A GROWING ABDOMINAL AORTIC ANEURYSM (NOW
TWO OF THEM) THAT ARE LARGE TIME BOMBS THAT CAN GO "POP!!", AND
NO ONE IS WRAPPING A BELLY CHAIN AROUND IT AND YANKING ME ABOUT.
THE RESULT IS I HAVE NO A.D.A. ACCESS TO ANY PROGRAM OR
ACTIVITY OUTSIDE MY CELL, (NO SHOWER NO REC. NO MEDICAL. NO
VISITS NO STAFF MEETING NO LEGAL ACCESS - NOTHING!! NO ACCESS
THEY EVEN RETALIATORILY STOPPED MY PAIN MEDS BECAUSE I COMPLAINED.
THINGS ARE NOT RIGHT, AND POLICIES AND LAWS, NOT FOLLOWED AND IF
I COMPLAIN TO RYAN HE JUST SUPPORTS IT NO MATTER WHAT IS
PRINTED IN POLICY OR LAW (HE HAS EVEN ALLOWED STAFF TO FAIL TO REFUND - THE GIFT)

| Signature | Date |
|---|---|
| [signature] | 05/14/13 |

VIOLATION OF STATE AND FEDERAL LAW, AND STATE PROCEDURE.

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| BRINKMAN, Albert L | 133444 | I-B-40 EYMAN/SMU-I | 05/14/13 |

| To: RYAN CHARLES DR. | Location: CENTRAL OFFICE DIRECTORS OFFICE |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

KRALINSKY

SIR - Per your command court's, 3 PINSON, 3 ROBERT PATON, who all mock my writing you first, Before making any of them with informous and ridiculous is "the process" to file grievances, I am writing you so I may file informally my complaints triggered by Robert Patons response to me dated "5/6/13", and also to ask when I can get the new grievance policy?? That states in print all the new contrary parts (ie, removals 802.01 sec 1.11 and 802.02 sec 1.2, etc.?? I need to review this no more "catch-22's as Pinson impresses of them and no P.L.R.A. appeals allowed)— I need to file grievance on not having a correct copy made available to me so far). I have put 58 pages of claims of grievances (that are due to ksop). That, like after 50 grievances are all "unprocessed", because of reasons like A) I didn't write you first, B) staff did not respond within timelines and I attempted to be grieved resulting in what grievances rejected even if responses no real issues, C) I requested staff conduct be corrected and grievance unprocessed, as I may not ask staff be corrected — and many more reasons, I wish to grieve no following what's printed and have now written you first. Also, I put 47 "HNR's that like 130 others NEVER GOT FINAL RESPONSES, (example; I wrote I want written explanation of responses to treatment plan, over medical condition (their listed issue)— Dr. Adu Tutu said I would see that 3 H.A. mission would meet with me but he never did,— Then 4/24/13 I wrote the same to you and CRAFT responded saying same,— never happened. Then you will see I have asked again & still NO WRITTEN (BAR, NO TREATMENTS) for medical care? No's have retaliation been stopped for PTSD, long south A.A. Anxiety BLOOD SUGAR and no A.D.A. compliance no access to medical — I can now grieve.

Inmate Signature [signature]    Date 05/14/13

Have You Discussed This With Institution Staff?  ☐ Yes  ☒ No As directed - everything in documents attached to tardy

If yes, give the staff member's name: So I can now file on all related matters to above per instructions I was given on grievance system. Request was now being followed.

Distribution: White - Master Record File    Canary - Inmate    916-1    5/13/10

ARIZONA DEPARTMENT OF CORRECTIONS

~~LETTER~~

Inmate ~~Grievance~~

13-16000

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | ~~Date~~ |
|---|---|---|---|
| BRINKMAN ALBERT  L | 133444 | EYMAN/SMU-I  1-B-40 | 05/15/13 |

TO: RYAN, CHARLES, DIRECTOR          LOCATION: CENTRAL OFFICE
                                              DIRECTOR'S OFFICE

SIR — I WAS RECLASSED ON 3/8/13 AND SAID I WANT MY APPEAL RIGHTS, (AND EVEN WROTE A FOLLOW-UP WHEN I BELIEVED I HAD BEEN DIRECTED TO SIGN IN THE WRONG AREA BY STAFF SO I WROTE TO ENSURE I HAD MY APPEAL RIGHTS). IT IS NOW 5/15/13 AND STILL I HAVE HEARD NOTHING ON MY RECLASS — WHY? I WANT MY RECLASS APPEAL RIGHTS. I FILED APPEALS ON MY PAST RECLASSES AND ON THE 5 DISCIPLINARY TICKETS ISSUED TO ME FOR THE SOLE REASON THAT I WOULD NOT WRITE A LIABILITY WAIVER TO BLOCK ANY LEGAL ACTIONS OVER BEING ASSAULTED AND RETALIATED AGAINST AND GOT NO RESPONSE FROM YOU — INSTEAD YOU SENT ME TO SMU-I I WANT MY APPEAL RIGHTS, SO PROPER RECORD IS MADE —

TODAY I RECEIVED A "INFORMAL RETURNED TO ME THAT I FILED JUST LAST NIGHT. IT WAS DATED "5/14/13" AND WAS A REFLECTION OF THE LETTER I SENT TO YOU, LAST WEEK ON RELIGION NEED (DATED 5/8/13). YOU FAILED TO INFORM CO III KRAICINSKI, AND YOUR FAILURE CAUSED HER TO REJECT MY INFORMAL FOR NOT WRITING YOU FIRST AND I WAS ALSO RESCUED FOR FILING THE INFORMAL TO HER (9) NINE WORK DAYS AFTER THE EVENT/ACTION THAT CAUSED THE COMPLAINT. AS STATED IN THE D.O. 802 AND D.I. *287 AT 802.02 SEC 1.2, I HAD 10 DAYS (WORKDAYS), TO FILE BY THOSE PRINTED POLICIES BUT AS YOUR STAFF ROBERT PATTON, CO III KRAICINSKI, CO III PINSON, ALL MADE CLEAR WE DON'T FOLLOW THAT AND ARE DOING THINGS BY NEW POLICY — I TELL YOU AGAIN, I NEED A COPY, SO I MAY FOLLOW THE NEW REQUIREMENTS. BUT YOU NEED TO GET TO PROPERLY AND TIMELY REPORTING TO YOUR CO III, SO THAT I MAY FILE W/O THESE "UNPROCESSED" RETURNS. I'M DOING MY PART AND FILING TO YOU; YOU CAN'T BE THIS LAZY, AND NOT INFORM THESE AS YOUR REQUIRED TO, AS IT CAUSES THESE REJECTIONS, BECAUSE AS I HAVE TOLD YOU, I AM SUFFERING AND NEED TO PROPERLY EXHAUST ISSUES OF: 1) NO RELIGIOUS PRACTICE VIOLATING R.L.U.I.P.A. AND THE FIRST AMEND. 3 STATE LAW (ARS 41-1493); 2) ALL MEDICAL CARE (OF MORE THEN A FEW B.P. A.I.'S) HAS BEEN STOPPED & DENIED ME; 3) NO A.D.A. ACCESS TO ANY PROGRAMS BEYOND MY CELL DOOR 4) ALL "SPECIAL NEEDS ORDERS" (SNOS) HAVE NOT BEEN RENEWED AND MY PAIN MEDS STOPPED - ALL RETALIATORLY FOR MY COMPLAINTS (AND LACK OF A.D.A. ACCESS); 5) MY MONEY HAS BEEN STOLEN (IO 90 # 4284) W/O SIGNATURES & I HAVE RECEIPTS WHEN STAFF TOOK IT BACK; 6) FAILURES TO FOLLOW WRITTEN POLICIES AND MORE I NEED YOU TO GET TO TELL YOUR CO III I DID WRITE YOU AS THEY REQUIRE UNDER THIS NEW POLICY I HAVE YET TO RECEIVE. PLEASE HURRY AS I AM IN PAIN AND MY MEDICAL DENIALS MAY CAUSE DEATH - THE R.L.U.I.P.A. VIOLATIONS CAUSE ME TO EVEN SEEK COMFORT, FROM MY GODDESS AND/OR GODS — PLEASE FIX THIS!

| Signature | Date |
|---|---|
| [signature] | 05/15/13 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS
ADC    **LETTER**
Inmate

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | DATE |
|---|---|---|---|
| BRINKMAN, ALBERT, L | 133444 | EYMAN/SMU-I  1-B-40 | 05/21/13 |

TO: GOVERNOR,
JAN BREWER

LOCATION: ARIZONA OFFICE OF THE GOVERNOR
1700 W. WASHINGTON ST., STE 101
PHEONIX, AZ., 85007-2806

DEAR GOVENOR, PLEASE NOTE I HAVE SENT YOU A LETTER ABOUT MY RELIGION THAT WAS SENT TO RYAN; LINDERMAN; Robert PATTON; CREDIO; THOMPSON; SR. CHP. VICKLAND. AND VICKLAND HAS SENT IT BACK UNRESPONDED TO SAYING IT WAS NOT A PROPER INMATE LETTER, BECAUSE IT "CONTAINS MORE THEN ONE ISSUE". THE ISSUE WAS A DENIAL OF MY 1ST AMENDMENT RIGHTS AND R.L.U.I.P.A. VIOLATION, AND A.R.S. 41-1493 SAYING I AM DENIED RELIGIOUS PRACTICE AND ASKING THE SR. CHAPLAIN VICKLAND who is charged UNDER D.O. 904.01 SEC. "1.3.6 CREATE AND MANAGE ALL RELIGIOUS PROGRAMS AT THE INSTITUTION" AND UNDER D.O. 501 REQUIRED TO REPORT POLICY AND LAW VIOLATIONS AND UNDER ATTACHMENT "A" UPHELD U.S. 3 STATE CONST. AND REPORT ALL OF WHICH IS NOT DONE — THIS IS BEEN THE SAME FOR YEARS OF THIS RUN-A-ROUND THAT I HAVE BEEN WRITTING YOU ABOUT (CREDIO'S AND THOMPSON RETURNED IT TWICE — I WOULD GUESS THEY TOSSED THEM OUT AFTER I KEPT SENDING THEM BACK). I SENT YOU THIS COPY TO ENSURE YOU CLEARLY UNDERSTOOD THE FRUSTRATIONS, THE RELIGIOUS INSULT, (TAKING & ABUSING MY "HOLY BOOK" ALTAR, NECKLACE, AND STUDY BOOKS) AND ALL THE LONG TERM DENIALS, DISCRIMINATIONS, RETALIATIONS THAT IS THE FOUNDATION OF LEGAL ACTIONS, AND FURTHER TO ENSURE YOU HAD PROPER NOTICE AND A CHANCE TO CHANGE IT, FIX IT THIS TIME RATHER THEN SEND MORE LETTERS TO RYAN. TO DO NOTHING SEEMS MORE. I ASK YOU TO ENSURE I HAVE FULL AND PROPER ACCOMMODATIONS FOR RELIGIOUS PRACTICE AS I CONTINUE TO FACE THE ALREADY YEARS OF STONEWALLING AND VIOLATIONS OF MY RIGHTS AND U.S. AND STATE LAW.

I HAVE ALSO PUT IN A COPY OF FINAL STEPS OF GRIEVANCES OVER POLICY NOT BEING FOLLOWED, GRIEVANCE SYSTEM NOT OPRERATING/AVAILABLE (JUST LOTS OF STONEWALLING & DEADENDING OF COMPLAINTS) A COPY WHERE THE STATE; CREDIO; KESFE; RYAN; THOMPSON HAVE DONE FELONY THEFT OF $10.92 AND $2.84 OF MY MONEY (AND MORE FROM LAST YEAR) WHERE THEY JUST TOOK MONEY AND GAVE NO STORE AND RE FUSE REFUND (EVEN THO I HAVE SIGNED RECIEPT FROM STAFF WHO DID NOT DELIEVE IT, AND YOU HAVE NO SIGNED RECIEPT IT WAS ISSUED & IT'S INSANE !!). ALSO SOME A.D.A. DENIALS SO NO COURT ACCESS IS HAD (OR MEDICAL) — IT IS ALL ALLOWED RETALIATION AND CLEAR GROUNDS FOR LEGAL ACTION — PLEASE FIX THIS... ALL OF THIS MESS AT A.D.O.C.. I'm A SHUT-IN DUE TO DENIAL OF A.D.A. ACCESS AND DENIED RELIGION AS WELL AS NO MEDICAL, RECREATION, SHOWERS. AND MUCH MORE — MOST ALL PROGRAMS. ALL OF THIS IS DONE IN VIOLATION OF STATE POLICY'S AND OF STATE LAWS. PLEASE CORRECT A.S.A.P.

THE COTT's don't EVEN WALK THE RUNS, THE NURSES MAKE NO "HEALTH AND WELFARE CHECKS". I PUT IN AN HNR — I HAVE NO DOUBT I WILL GET NO RESPONSE AS LIKE MANY OTHERS

| Signature | Date |
|---|---|
| | 05 / 21 / 2013 |

13-16000

**ARIZONA DEPARTMENT OF CORRECTIONS**

~~Letter~~

Inmate ~~Grievance~~    (Per both Pinson & Robert Patton's requirements)
This covers all issues to the most responsible person so that filings may process.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Date |
|---|---|---|---|
| BRINKMAN, ALBERT L | 133444 | EYMAN/SMU-I | 05/26/13 |

Location: 1-B-4/0

TO: RYAN, CHARLES, DIRECTOR    CENTRAL OFFICE / DIRECTORS OFFICE

SIR:
    I REQUEST YOU APPROVE THAT I PURCHASE: 1) A REAM OF
PARCHMENT PAPER, AND A SET OF COLOR "SHARPIE" MARKERS FOR RELIGIOUS
USE, AS WHILE I AM BLOCKED FROM ALL OTHER RELIGIOUS CONDUCT BECAUSE YOU
AND OR YOUR STAFF WITHOLD MOST ALL CEREMONIAL ITEMS AND SUPPLIES, ALONG
WITH MY ALTAR AND "BOOK OF SHADOWS" (HOLY BOOK), I COULD AT LEAST BE DOING
"GRUNT WORK" OF PREPARING PARCHMENT FORMS/RECORDS/FORMATTING PARCHMENT
LEVEL ALTARS / TAROT, RUNS, ASTROLOGY FORMATS. — FOR THE DAY I AM ALLOWED TO
HAVE RELIGIOUS CONDUCT. NO ONE COULD OBJECT TO ME BEING IN A SECURE CELL WRITTING
ON PARCHMENT?? A OFFICE SUPPLY, MOST LIKELY CARRIES both FINE LINE MARKERS AND
MOST LIKELY PARCHMENT. WILL YOU PLEASE AUTHORIZE I PURCHASE THESE FOR RELIGIOUS
PURPOSES? — 2) I ALSO REQUEST APPROVAL TO PURCHASE A BOX OF CARBON
PAPER TO HAVE ACCESS TO GRIEVE SYSTEM, AS COPIES ARE REQUIRED TO FILE
BUT YOUR NOT SUPPLYING FORMS THAT HAVE COPIES, ONLY SINGLE PAGE FORMS
ALSO FOR LEGAL WORK, AS YOUR FORMS HAVE NO COPY PAGES AND YOUR
STAFF WILL NOT ALLOW ME TO PURCHASE PHOTO COPIES OF LEGAL LETTERS
AND OR EXHIBITS LETTERS THAT WHILE I HAVE BOTH MONEY AND NEED, THEY
ONLY COPY "COURT FILING" (NOT LETTERS SENT RELATING TO, 3 RECORDS OF,
LEGAL ACTIONS.) ALSO NOT ANY RELIGIOUS PRODUCT. EVEN IF YOU OUT
TO MAKE ME SUFFER BY WRITING EVERYTHING BY HAND OVER AND OVER — THAT
TOO CANNOT WORK AS YOU ONLY ALLOW ME 1 PEN — SO, THAT TOO IS NOT POSSIBLE
SO THE ONLY LOGICAL ANSWER IS CARBON PAPER · WILL YOU PLEASE ORDER I CAN
BUY A BOX OF CARBON PAPER FOR GRIEVE / LEGAL ACCESS, AND RELIGIOUS
WORK AND EXHIBITS ——— 3) A NEW "BOOK POLICY" HAS COME OUT BUT
WHILE IT STATES ALL BOOKS ARE TO BE 10 MAX IT IS UNCLEAR
ABOUT WHAT IS ALREADY APPROVED AND OWNED & CAN THOSE BE KEPT - OR
AS IS COMMONLY SAID "GRAND FATHERED IN" OR WHAT?? WHAT DEFINES
"A BOOK", (HOW BIG, HOW MANY PAGES - SO ON)??? MY CONCERN IS = 1) DICTIONARY
2) THESAURUS; 3) BLACK'S LAW DICTIONARY; 4) THE CITE BOOK (LAW); 5) THE
PRISONERS SELF-HELP LITIGATION MANUAL; 6) THE FEDERAL APPEALS BOOK FROM THE
9TH CIR. COURT; 7) THE FED DISTRICT COURT LOCAL RULES FROM AZ. DIST. COURT
; 8) INSTRUCTION BOOK WITH RUNS SET; 9) INSTRUCTION BOOK WITH TAROT SET; 10)
"BOOK OF SHADOWS" IS NOT A STANDARD BOOK - IT IS A RELIGIOUS ITEM BUT STAFF
CLEARLY COUNT IT "A BOOK" (AND SEIZE IT AS A BOOK) — NOW, THAT IS 10
AS STAFF COUNT IT BUT I HAVE 3 BOOKS AS EXHIBITS AND AS I'M OUT
BEYOND "10 COUNT" I HAVE: A WITCH'S BIBLE" A BOOK CALLED; THE WITCHES
BIBLE; A COVEN RECORD BOOK MADE/KEPT BY THE ACTIVE RELIGIOUS COVEN; A
BOOK OF GOD/DESS; AND THE GOSPEL OF THE WITCHES —— ALL OF WHICH, MUST GO,
BY YOUR UNCLEAR "10 BOOK POLICY" CHANGE. SOME CLEAR PRINTED EXPLANATION
MUST ISSUE AS BOTH LEGAL ACCESS AND RELIGIOUS ACCESS IS ENDED BY THE
CURRENT UNCLEAR POLICY
    PLEASE ADDRESS THE ABOVE ISSUES, AND ALSO ALLOW THE REQUESTED (ABOVE)
PURCHASES, SO I HAVE SOME ACCESS, AND RESOLUTION, TO SOME PROBLEMS I FACE
AND SO STAFF DON'T CAUSE ME MORE HARMS — THANK YOU

| Signature | Date |
|---|---|
| *[signature]* | 05/26/13 |

AT:
**ARIZONA DEPARTMENT OF CORRECTIONS**
~~LETTER~~

13-16000

DATE: 05/29/13

| Inmate Name (Last, First) | ADC Number | Institution/Unit |
|---|---|---|
| ALBERT L. BRINKMAN, # 133444, A.S.P.C. - EYMAN / SMU-I / 1-B-40 P.O. BOX 4000, FLORENCE, AZ, 85132 | | |

| TO: GOVERNOR JAN BREWER | LOCATION: ARIZONA OFFICE OF THE GOVERNOR 1700 W. WASHINGTON ST., STE 101 PHOENIX, AZ, 85007-2806 |
|---|---|

I INTEND TO FILE AN INFORMAL TO EXHAUST THE GRIEVANCE SYSTEM AND ALSO FILE COMPLAINTS AT OTHER STATE BOARDS, AND LEGAL ACTION. I HAVE BEEN DIRECTED BY COIII KRAJCINSKI, COIII PINSON; DEP. DIR. ROBERT PATTON, THAT I MUST FOLLOW THIS PRE-STEP OF WRITING YOU, BEFORE I FILE "INFORMAL COMPLAINT". I INTEND TO FILE INFORMAL ASKING/STATING "INFORMAL - STAFF REFUSE ME PROPER MEDICAL TREATMENT EVEN TO THE POINT OF REFUSING TO RESPOND TO "HNR"'s, ALSO THEY REFUSE TO KEEP MEDICAL ISSUES "CONFIDENTIAL" DEMANDING I FILE MEDICAL MATTERS, PUBLICALLY, ON I/m LETTERS, (A "HIPPA" VIOLATION), INSTEAD OF HANDLING IT ON "HNR"'s, AS CENTRAL OFFICE DIRECTED ME IN THE PAST, (FOR COMPLAINT OF HIPPA VIOLATIONS). ALSO ISSUING MEDICATIONS IN A WAY KNOWN TO CAUSE SPREAD OF CONTAGIOUS DISEASES, (IN VIOLATION OF A.R.S. (STATUTES) AND A.D.O.C. POLICY (SEE ALSO DO.601)) - AN UNSAFE WAY. FURTHER, THEY ~~DENY~~ A.D.A. CARE, AND "1) FAILING TO REPORT TO THE BOARD A LICENSED NURSE... CONDUCT, THAT LEADS TO OR MAY LEAD TO AN ADVERSE PATIENT OUTCOME", AND "1) FAILING TO TAKE ACTION IN A HEALTH CARE SETTING TO PROTECT PATIENT..." I REQUEST FULL NAME AND LICENSE OR CERTIFICATE NUMBER AND BIRTHDATE OF P.A. N. SALYER; M. DIETRICH; NURSE DOUGLAS; NURSE SALAS; NURSE BEAN. STAFF HAVE "INTENTIONALLY INFLICTED PAIN BY WITHHOLDING OF MEDICATIONS, AND NOT PROPERLY REISSUING "SPECIAL NEEDS ORDERS", FALSIFIED MY MEDICAL RECORDS THEY HAVE FLAT REFUSED TO ANSWER POINT BLANK MEDICAL QUESTIONS SO THAT I MAY HAVE ANY INFORMED CONSENT ABOUT MY CARE. PRIOR TALKS, I/m LETTERS, HNR'S WERE FILED ATTEMPTING TO RESOLVE. I REQUEST I RECEIVE PROPER CARE, AND THAT THE ABOVE INFORMATION BE PROVIDED AS IT IS REQUESTED BY "ARIZONA STATE BOARD OF NURSING" AN ARIZONA MEDICAL BOARD" I ALSO REQUEST LICENSING INFORMATION AS IT RELATES TO "CORIZON HEALTH" (AS I BELIEVE THAT WHILE VIOLATIONS OF A.D.O.C. POLICY DO NOT REFLECT ON LICENSING, I DO BELIEVE THE VIOLATIONS OF A.R.S. STATUTES DO REFLECT ON CORIZON HEALTH LICENSING AND REQUIRES PROPER BY-LAW REPORTING): FINALLY, TO BE MADE WHOLE" - AND I WILL SOON HAVE HAND MADE COPIES. I HAVE (AM) FILED THIS ABOVE "INFORMAL" AS FOUNDATION FOR MEDICAL COMPLAINT OVER LACK OF MEDICAL CARE AND NO A.D.A. / R.A. (REHAB.ACT), ACCESS TO PROGRAMS, AND MEDICAL UNIT. I ALSO SENT YOU AND RYAN, A LETTER ON THE LACK OF RELIGIOUS PRACTICE AND ACCOMMODATIONS: I HAVE DONE THIS BECAUSE THESE ISSUES GO ON W/O CORRECTION, AND I SUFFER ~~NOT~~ JUST THE VIOLATIONS OF CIVIL RIGHTS BUT ALSO, PHYSICAL PAIN, AND POSSIBLE DEATH. I INTEND TO FIX THE LACK OF CORRECTION BY FILING LEGAL ACTION THAT IS SMALL, AND QUICK, WITH A TIMEFRAME STARTING AT APRIL, 15, 2013 FORWARD, AND JUST NAMING YOU, RYAN, LINDERMAN, CREDIO, THOMPSON, (MAYBE A FEW MORE) SO IT IS STREAMLINED SO INJUNCTIONS AND TRO'S STAY SIMPLE & QUICK. THIS LETTER IS NOTICE THAT YOU HAVE THE WEEKS, AHEAD, WHILE GRIEV. PROCESS, TO FIX THIS I SENT LETTERS ON RELIGIOUS NEEDS AND MEDICAL/ADA. NEEDS - PLEASE ACT TO STOP PAIN AND PROTECT MY RIGHTS (ALLOW RELIGIOUS ACCOMMODATIONS) DON'T FORCE NEW LEGAL ACTION - PLEASE!!"

| Signature | Date |
|---|---|
| [signature] | 5/29/2013 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | 1-A-12 Lewis/Buckley | 6/5/13 |

| To: SENIOR CHAPLAIN | Location: Lewis COMPLEX SENIOR CHAPLAIN'S OFFICE |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM A WICCAN. I REQUEST I be PUT on "THE WICCA RELIGIOUS TURN-OUT" FOR THE RELIGIOUS PROGRAMS AT LEWIS BUCKLEY UNIT. I NEED to KNOW YOUR NAME, AND THE NAME OF THE BUCKLEY UNIT CHAPLAIN. I REQUEST YOU INFORM ME OF THE TIMES AND DAYS, THE WICCA TURN OUTS ARE, AND IF THE 8 SABBATS ARE ALREADY POSTED, (AS TO TIMES AND DATES?, (IF SO, WHERE MAY I REVIEW THEM?))? WHEN AND WHERE MAY I PREFORM "PERSONAL SERVICES"? I ALSO REQUEST INSTRUCTIONS ON how TO obTAIN A RELIGIOUS DIET APPROVAL AND FINALLY, WHAT ITEMS AND SUPPLIES A.D.O.C. PROVIDES AND WHICH I MUST PURCHASE MYSELF, (PLEASE PROVIDE ANY LISTS OF CURRENTLY APPROVED ITEMS, IF SUCH APPLIES). I THANK YOU FOR YOUR SPEEDY HELP IN THESE MATTERS AND LOOK FORWARD TO being ABLE TO PRACTICE MY RELIGION PROPERLY.

| Inmate Signature | Date 6/5/13 |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes   ☐ No
If yes, give the staff member's name:   HAND COPY MADE FOR RECORDS

Distribution: Original - Master Record File

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter

| Requests are limited to <u>one page</u> and <u>one issue</u>. <u>NO</u> <u>ATTACHMENTS PERMITTED</u>. Please print all information. |

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| BRINKMAN RUSSEL L | 133444 | LEWIS/BUCKLEY 2-17-12 | 6/5/13 |

| To: UNIT CHAPLAIN | Location: CHAPLAINS OFFICE |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM A WICCAN. I REQUEST TO BE PUT ON THE
TURNOUT FOR WICCA FOR RELIGIOUS PROGRAMS
AT LEWIS BUCKLEY UNIT. I NEED TO KNOW
YOUR NAME, (SENT LETTER TO SR. CHAPLAIN ALSO).
I REQUEST YOU INFORM ME OF THE TIMES, AND
DAYS, THE WICCA TURN OUTS ARE, AND IF THE
8 SABBATS ARE ALREADY POSTED AND WHERE I
CAN REVIEW IF SO. ALSO, WHEN AND WHERE MAY
I PERFORM "PERSONAL SERVICES"? I ALSO REQUEST
INSTRUCTIONS ON HOW TO OBTAIN A RELIGIOUS DIET
APPROVAL AS WELL AS WHAT ITEMS AND SUPPLIES
A.D.O.C. PROVIDES AND WHAT I MUST PURCHASE MYSELF,
(PLEASE PROVIDE ANY LISTS OF CURRENTLY APPROVED ITEMS)
I THANK YOU IN ADVANCE FOR YOUR SPEEDY HELP
IN THESE MATTERS AND LOOK FORWARD TO BEING ABLE
TO PRACTICE MY RELIGION SOON.

| Inmate Signature | Date: 6/5/13 |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:  HAND COPY MADE FOR RECORDS

Distribution: Original - Master Record File
              Copy - Inmate

916-1

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | LEWIS/BUCKLEY 2-A-12 | 6/13/13 |

To: CHAPLAIN "HERMAN" OR BUCKLEY CHAPLAIN     Location: UNIT CHAPLAINS OFFICE

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I HAVE BEEN TOLD YOUR NAME IS "HERMAN". AS I HAVE NOT YET HEARD BACK FROM YOU ON MY LETTER LAST WEEK, PLEASE OVER LOOK THE NAME if I'm in ERROR ABOUT IT. THE REASON I WRITE AGAIN IS I HAVE HEARD NOTHING AND do NOT WANT TO GO ON MISSING SERVICES DIET, AND NO ONE CAN TELL ME ANYTHING ABOUT "PERSONAL SERVICES" AT ALL, in FACT STAFF HAVE TOLD ME THEY don't KNOW WHAT I'm TALKING ABOUT AND "THAT'S NOT done HERE". I REALIZE YOU HAVE MORE RESPONSE TIME ON MY PAST I/m LETTER, bUT CAN YOU PLEASE SPEED RESPONSE AND GET ME ON THE TURNOUT AND TELL ME ABOUT MY PERSONAL SERVICES HERE AT BUCKLEY?? I'm CURRENTLY DENIED ALL RELIGIOUS PRACTICE AND NO ONE HAS ANY ANSWERS. NOW THAT I KNOW YOUR NAME, (IF CORRECT?), I HOPE TO GET FAST RESPONSE

Inmate Signature: [signature]     Date: 6/13/13

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No
If yes, give the staff member's name:

13-16000

**ARIZONA DEPARTMENT OF CORRECTIONS**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility 2-A-12 | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | Lewis/Buckley | 6/19/13 |

TO: WARDEN BACH

LOCATION: LEWIS COMPLEX WARDENS OFFICE

SIR, The REASON I WRITE YOU is THAT I had a meeting with COIII STUDLY, (MY UNIT COIII), THAT brought Things To a head TODAY, This is The SECOND CONTACT I have had with her. The FIRST Time, was SHE REFLECTED CONDUCT GIVING The IMPRESSION THAT SHE deals with MATTERS AS; FAST, LOOSE, AND dismissive, AS MOST of WHAT SHE said WAS ABOUT WHAT SHE WOULDN'T DO. I SIMPLY chalked iT up To The idea THAT SHE MAY be having a bad DAY, AND Thought No MORE ABOUT IT. HOWEVER, I WAS CALLED To her OFFICE TODAY, AND AFTERWARDS I "LOGGED", The FOLLOWING ENTRY IN MY RECORDS:

"6/19/13, MET WITH COIII STUDLY WHEN SHE CALLED ME To her OFFICE AT 10:58 hrs. SHE had CLOTHING FOR ME THAT WAS: 1 SHEET; 1 (2XL) T-SHIRT; 1 PANTS (40X36); 1 BOXERS (x1) ; 1 SOCKS ; 1 LAUNDRY BAG. (TORN UP). (WE PUT NOTE ON FORM), AIL ELSE WAS To be LEFT BLANK by her INSTRUCTIONS. SHE DIRECTED I SIGN BUT did NOT GIVE ME A COPY WHEN I SIGNED IT, AND SHE WOULD NOT GIVE ME GRIEV. FORMS THAT I had SENT WRITTEN REQUEST FOR ON 6/10/13, BUT SHE REVIEWED THAT I/M LETTER AND handed ME A SINGLE INFORMAL SAYING THAT WAS ALL SHE had. I ATTEMPTED To Address SOME of MY ISSUES of GRIEV. TIMELINES AND ESPECIALLY The FAILURE To PROVIDE, (The COURT DEADLINE PAST ON 6/18/13), The COURT REQUIRED CERTIFIED ACCT. PRINTOUT, WHEN The COURT ORDERED IT be PROVIDED NO LATER, BUT SHE had NO INTREST IN MY "ISSUES", AND dismissed ME by SAYING "IT'S 11:02 AND I'M LATE FOR A COIII MEETING."

APPARENTLY, PREVIOUSLY IT WAS NOT A "bad DAY" AND dismissive WHILE REFUSING To PERFORM duTIES is The COMMON CONDUCT, WHILE The CONDUCT is AN ISSUE, The MATTERS I AM MOST FOCUSED ON ARE The DOCUMENT SIGNING, (AS WELL AS dENIAL of COURT ACCESS OVER The PRINTOUT THAT I STILL AWAIT To RECEIVE). The ISSUE here is being ORDERED To LEAVE The BLANKS AND SIGNING FOLLOWED by NO COPY MAKES IT A PERFECT "FALSIFIED STATE DOCUMENT". (FILL-IN-LATER) AND IT CAN be ARGUED THAT ORDERING ME To SIGN WITH The BLANKS AND w/o COPY WHEN IT STATES "I ACKNOWLEDGE." I WAS ITSELF ORDERING The PRODUCTION of A FALSE DOCUMENT. OVERALL, There WAS NO EXCUSE FOR ANY of IT. PLEASE ORDER YOUR STAFF To GIVE ME A VERIFIED COPY of ANYTHING I AM To SIGN ALL THAT is REQUIRED is To PHOTO COPY, (OR WE FILL OUT 2 FORMS), AND THEY WRITE ON MINE "CORRECT COPY (STAFF NAME & NUMBER), This SOLVES The MESS, DON'T ORDER ME To SIGN ANYTHING UNWILLINGLY AND IF NO COPY, (VERIFIED), is had, Then I'M SIGNING AGAINST MY WILL. I DO REALIZE EVERYONE is SAVING MONEY by NO-COPY FORMS BUT This is A LEGAL ISSUE AND COSTS ALMOST NOTHING. – IF I SIGN – I GET A COPY (AFTER ALL, YOU WOULDN'T BUY A CAR w/o COPIES of The PAPERWORK, DON'T ORDER ME To). I'M ALSO PUTTING IN This ENVELOPE A LETTER ABOUT MY RELIGIOUS ISSUES, IT is ABOUT IDENTICAL To The ONE SENT To The ONE SENT To GOV. BREWER, DIR. RYAN, DEP. DIR. PATTON, P.A. LINDERMAN, WARDEN CREDIO, D.W. THOMPSON, A.D. SAVIO, SR. CHAPLAIN CHILDS. This ENTIRE "CHAIN of COMMAND" JOB TITLES STATED IN D.O. 904 AS RESPONSIBLE FOR These MATTERS, JUST SHORTLY BEFORE I WAS MOVED To here, I have SENT These LETTERS To (YOU) D.W. SCT., WEISS, KINGSLAND, HICKMAN, AS Those JOBS THAT had CHANGING PEOPLE THAT CAME WITH The MOVE, I have dONE This BECAUSE I BELIEVE NOTICE, AND TIME To Address IT, is REQUIRED Should LEGAL ACTION ENSUE INVOLVING This, AS IT SURELY WILL IF NOT CORRECTED, I BELIEVE 1st AMEND. VIOLATIONS have MONETARY AND PUNITIVE dAMAGES AND R.L.U.I.P.A. is MOSTLY INJUNCTIVE, I BELIEVE MY ISSUES ARE BOTH, AND THAT I SUFFER dAMAGES dAILY, SO SEEKING ADVICE of COUNSEL'S ADVISE WHO KNOWS MATTERS MUCH BETTER THAN I WOULD BE WISE ADVICE, AS I DON'T KNOW The LAW WELL ENOUGH To SAY FOR SURE.

I THANK YOU FOR YOUR Time, AND ATTENTION To This ABOVE MATTERS, I LOOK FORWARD To A GOOD RESOLUTION AND OUTCOME WITH YOUR HELP IN These MATTERS.

| Signature | Date |
|---|---|
| *[signature]* | 6/19/13 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

13-16000

**ARIZONA DEPARTMENT OF CORRECTIONS**
~~Letter~~

**Inmate**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility 2-A-12 | ~~DATE~~ |
|---|---|---|---|
| BRINKMAN, ALBERT L | 133444 | ~~LEWIS~~/ BUCKLEY | 6/20/13 |

TO: COPY SSNT TO BACH; DORSSY; WEISS; HORMAN
SR. CHR. KINGSLAND

LOCATION:

I AM AN ECLECTIC WICCAN WITH SINCERELY held BELIEFS, AND I HAVE BEEN DENIED PRACTICE OF MY RELIGION AND HAVE FACED AGRESSIONS, OPPRESSIONS, PROPERTY LOSS, DISCRIMINATIONS, AND DENIAL TO APPROVED RELIGIOUS PROPERTY I Purchased, AND own BUT ACCESS TO IT WAS WITHELD, (BOOKS, RELIGIOUS NECKLACE, "HOLY BOOK", ALTAR, ETC.), CAUSING denial OF ALL PRESCRIBED RELIGIOUS CEREMONIAL CONDUCT. I REQUEST THAT YOU PROVIDE OR ALLOW FOR MY NEEDS TO PROPERLY PRACTICE MY RELIGION IN CEREMONIAL matters, DIETARY MATTERS, AND PERSONAL RELIGIOUS PRACTICES AND ENSURE I AM ALLOWED TO PARTICIPATE IN RELIGIOUS PRACTICES/ACTIVITIES. IN ORDER TO SUITABLY PRACTICE MY RELIGIOUS BELIEFS I REQUIRE THE BELOW LISTED THAT ARE EACH IN PROPER FORM.

1) A PROPER PLACE TO HAVE RELIGIOUS CEREMONIES
2) TWO TURNOUTS PER WEEK; 3 hours EACH
3) (8) EIGHT SABBATS A YEAR; 4 hours EACH
4) 36 oz. OF HERBS (TO MATCH ZODIAC) (16 oz. moes if SALT AUTHERS)
5) 12 oz. ESSENTIAL OILS (TO MATCH ZODIAC)
6) 120 STICKS OR CONES OF INCENSE (TO MATCH ZODIAC)
7) CAULDRON
8) BROOM
9) CHALICE
10) CANDLES
11) CEREMONIAL ROBES AND JEWERLY
12) BELL
13) WAND
14) ATHAME
15) ALTARS CLOTHS (SM. AND LG.)
16) PENTACLE
17) BOWLS
18) OBLATION dish
19) GOD AND GODDESS STATUE
20) CORDS, RIBBONS, AND PROPER CONTAINERS, BAGS, WRAPS FOR EACH ITEM
21) CENCER
22) MORTAR AND PESTLE
23) RELIGIOUS diet, FOODS, drink, AND FEASTS
24) "HOLY BOOK" (BOOK OF SHADOWS SUPPLIES TO MAKE AND MAINTAIN), AND STUDY BOOKS
25) 12 STONES (TO MATCH ZODIAC)

(NOTE: SSA SALT IS NEEDED, BUT HAS BEEN GROUPED by ADC WITH HERBS CURRENTLY)
MOREOVER, I HAVE SUFFERED HARASSMENTS, AND PERSECUTIONS, OVER MY RELIGIOUS BELIEFS AND AM ASKING YOU TO SEE THAT IT ALL STOPS, AND I BE ALLOWED TO HAVE RELIGIOUS PRACTICE, AND NOT SUFFER ANY ADVERSE AND OR UNEQUAL TREATMENT BECAUSE OF MY BELIEFS

| Signature | Date |
|---|---|
| (HAND COPY) | 6/20/13 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

*Buckley 2A12*

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133744 | | 6/20/13 |

TO: CHAPLAIN HERMAN          BUCKLEY UNIT CHAPLAIN'S OFFICE

I AM AN ASATRU _____ AND _____ _____ _____ _____
DURING PRACTICE OF MY RELIGION AND HAVE FACED AGGRESSIONS, OPPRESSION, _____
DISCRIMINATIONS AND VIOL IS OF MY RELIGIOUS PROPERTY PURCHASED AND OWN BUT
ACCESS TO IT WAS WITHHELD (BOOKS, RELIGIOUS NECKLACE, "INEL BOOK", ALTAR, ETC.) CAUSING
DENIAL OF ALL PRESCRIBED RELIGIOUS CEREMONIAL PRACTICE. I REQUEST THAT YOU
PROVIDE OR ALLOW FOR MY NEEDS TO PROPERLY PRACTICE MY RELIGION IN
CEREMONIAL MATTERS, DIETARY MATTERS AND PERSONAL PRACTICE OF MY BELIEF IN
AND ENSURE I AM ALLOWED TO PARTICIPATE IN RELIGIOUS PRACTICES/ACTIVITIES SO
IN ORDER TO SUITABLY PRACTICE MY RELIGIOUS BELIEFS I REQUIRE THE BELOW
LISTED THAT ARE EACH IN PROPER FORM.

1) A PROPER PLACE TO HAVE RELIGIOUS CEREMONIES
2) TWO TURNOUTS PER WEEK, 3 HOURS EACH
3) (8) EIGHT SABBATS A YEAR, 4 HOURS EACH
4) 36 OZ. OF HERBS (FOR MAIN ZODIAC) (16 OZ MORE IF SEASONAL _____)
5) 16 OZ. ESSENTIAL OILS (TO MATCH ZODIAC)
6) 16 STICK VOWELS OF INCENSE (TO MATCH ZODIAC)
7) CAULDRON
8) BESOM
9) CHALICE
10) CANDLES
11) CEREMONIAL ROBES AND JEWELRY                    I/M   LTR  RFD
12) BELL
13) WAND
14) ATHAME
15) ALTAR CLOTHS (SOLAR _____)
16) _____
17) BOWLS
18) OBLATION DISH
19) GOD AND GODDESS STATUE
20) CORDS, RIBBONS, AND _____ COUNTERS, FACE WRAPS FOR CEREMONY
21) _____
22) MEAD AND PESTLE
23) _____ _____ FOODS (HERBS AND _____)
24) HOLY BOOK (BOOK OF SHADOWS SUPPLIES TO MAKE AND MAINTAIN AND RELIGIOUS BOOKS)
25) 12 STONES (TO MATCH ZODIAC)
(NON-ISON AND WOOD OR NO BEESWAX _____ (THESE WOULD _____ _____ MEET)
_____ I HAVE _____ _____ DRESSED AS _____ _____ SUBMITTING AS SUPPLICATIONS OVER MY
RELIGIOUS BELIEFS AND AM ASKING YOU TO SEE _____ _____ _____ AND NOT _____ ME AND MY _____
_____ RELIGIOUS PRACTICE AND NOT STOP MY RIGHT TO SEE AND PRACTICE _____
_____ AND BELIEFS OF MY BELIEFS

Signature _____          Date 6/20/13

(HARRY COPY)


RECEIVED 6/22/13

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

2A12

13-16000

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| For distribution: Copy of corresponding Inmate Letter must be attached to this response. |
|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Brinkman, Albert | 133444 |

| Institution/Unit |
|---|
| ASPC-Lewis/ Buckley (2A12) |

| From | Location |
|---|---|
| Chaplain Herman | Admin |

Your inmate letter is being returned in accordance with Department Order 916 for one or more of the following reasons:

**XX** _____ Not on proper Inmate Letter Form #916-1.

_____ Contains more than one issue (1.2).

_____ No attachments are to be submitted with form #916-1. One page utilizing available space with no additional attachments (1.2).

_____ The content of your letter concerns a grievance/grievance appeal. Grievances/Grievance appeals are to be processed through your grievance coordinator (1.4.2 and 1.6).

_____ This issue needs to be addressed at the unit level.

_____ The inmate letter has not been signed by the inmate whose name appears as the one submitting.

_____ The content of the letter does not require a response or no response has been requested.

_____ This issue has been addressed in a previous inmate letter response.

_____ This inmate letter is partially or completely abusive in nature.

_____ The inmate letter received is an exact duplicate of other inmate letters, apparently prepared by one inmate soliciting the signatures of others.

_____ The Marriage Application is not completely filled out as required. Fill out the hightlighted area(s) and return the form the to Chaplain.

_____ Other:

| Staff Signature | Date |
|---|---|
| Chaplain Herman | 7/11/13 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate ~~Albert~~ ████████

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility 2-A-12 | Date |
|---|---|---|---|
| BRINKMAN, ALBERT L | 133444 | ~~LEMANS~~/BUCKLEY | 6/20/13 |

To: SR. CHAPLAIN KINGSLAND

LOCATION: LEWIS COMPLEX SR. CHAPLAINS OFFICE

I AM AN ECLECTIC WICCAN WITH SINCERE HELD BELIEFS AND I HAVE BEEN DENIED PRACTICE OF MY RELIGION AND DAYS LOST, SERIOUS OPPRESSIONS, PROPERTY LOSS, DISCRIMINATIONS AND DENIAL TO APPROVE RELIGIOUS PROPERTY I PREVIOUSLY HAD AND WIN BUT ACCESS TO IT WAS WITHHELD (BOOKS, RELIGIOUS NECKLACE, "HOLY BOOK", ALTAR, ETC.) CAUSING DENIAL OF ALL PRESCRIBED RELIGIOUS CEREMONIAL CONDUCT. I REQUEST THAT YOU PROVIDE OR ALLOW FOR MY NEEDS TO PROPERLY PRACTICE MY RELIGION IN CEREMONIAL MATTERS, DIETARY MATTERS AND PERSONAL RELIGIOUS PRACTICE AND ENSURE I AM ALLOWED TO PARTICIPATE IN RELIGIOUS PRACTICES/ACTIVITIES. IN ORDER TO SUITABLY PRACTICE MY RELIGIOUS BELIEFS I REQUIRE THE BELOW LISTED THAT ARE EACH IN PROPER FORM.

1) A PROPER PLACE TO HAVE RELIGIOUS CEREMONIES
2) TWO TURNOUTS PER WEEK; 3 HOURS EACH
3) (X) EIGHT SABBATS A YEAR; 7 HOURS EACH
4) 36 OZ. OF HERBS (TO MATCH ZODIAC) (16 OZ. MINE) IF SR. AUTHS
5) 12 OZ. ESSENTIAL OILS (TO MATCH ZODIAC)
6) 120 STICKS OR CONES OF INCENSE (TO MATCH ZODIAC)
7) CAULDRON
8) BROOM
9) CHALICE
10) CANDLES
11) CEREMONIAL ROBES AND JEWELRY
12) BELL
13) WAND
14) ATHAME
15) ALTAR CLOTHS (SM. AND LG.)
16) PENTACLE
17) BOWLS
18) LIBATION DISH
19) GOD AND GODDESS SIBLING
20) CORDS, RIBBONS, AND PROPER CONTAINERS, BAGS, WRAPS FOR EACH ITEM
21) CENSER
22) MORTAR AND PESTLE
23) RELIGIOUS DIET FOODS, DRINK, AND FEASTS
24) "HOLY BOOK" (BOOK OF SHADOWS SUPPLIES TO MAKE AND MAINTAIN) AND STUDY BOOKS
25) 12 STONES (TO MATCH ZODIAC)
   (NOTE: SEA SALT IS NEEDED, BUT HAS BEEN GIVEN BY ADC WICCA RAS PREVIOUSLY MORE SO). I HAVE SUFFERED HARASSMENT, AND PROSECUTIONS OVER MY RELIGIOUS BELIEFS AND AM ASKING THAT I SEE THAT IT ALL STOPS AND I BE ALLOWED TO HAVE RELIGIOUS PRACTICE AND NOT SUFFER ANY ADVERSE AND/OR UNEQUAL TREATMENT BECAUSE OF MY BELIEFS

[stamp: RECEIVED JUN 24 2013 ASPC-LEWIS RELIGION DEPARTMENT]

| Signature | Date |
|---|---|
| ████████ (HAND COPY) | 6/20/13 |

[stamp: RECEIVED 6/22/13]

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

*13-16000*

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter Response**

*2A12*

> **For distribution:** Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| BRINKMAN, ALBERT L. | 133444 |

| Institution/Unit |
|---|
| ASPC-L Buckley 2A12L |

| From | Location |
|---|---|
| S. Kingsland, Senior Chaplain | ASPC-L |

I have been asked to respond on behalf of Pastoral Administrator Mike Linderman.

Your inmate letter is being returned in accordance with Department Order 916 for one or more of the following reasons:

____X____ Not on proper Inmate Letter Form #916-1.

____X____ Contains more than one issue (1.2).

_____ No attachments are to be submitted with form #916-1. One page utilizing available space with no additional attachments (1.2).

_____ The content of your letter concerns a grievance/grievance appeal. Grievances/Grievance appeals are to be processed through your grievance coordinator (1.4.2 and 1.6).

____X____ This issue needs to be addressed at the unit level.

_____ The inmate letter has not been signed by the inmate whose name appears as the one submitting.

_____ The content of the letter does not require a response, or no response has been requested.

_____ This issue has been addressed in a previous inmate letter response.

_____ This inmate letter is partially or completely abusive in nature.

_____ The inmate letter received is an exact duplicate of other inmate letters, apparently prepared by one inmate soliciting the signatures of others.

_____ Other:

| Staff Signature | Date |
|---|---|
| *Chaplain S. Kingsland* | 07/23/2013 |

Distribution: Original - Master Record File
Copy - Inmate

916-2
5/14/12

13-16000

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | LEWIS / BUCKLEY | 6/20/13 |

| TO: DEP. WARDEN DORSSY | BUCKLEY UNIT DEP. WARDEN'S OFFICE |
|---|---|

I AM AN ESELEN WICCAN WITH SINCERITY AND GOOD FAITH [illegible] DENIAL PRACTICES OF MY RELIGION AND HAVE FILED AGGRESSIVE OPPRESSION [illegible] DISCRIMINATIONS, AND DENIAL I [illegible] RELIGIOUS PROPERTY I PURCHASED, AND OWN & HAVE ACCESS TO IT WAS WITHELD. (BOOKS, RELIGIOUS NECKLACE, "ALTAR, ETC.) [illegible] DENIAL OF ALL PRESCRIBED RELIGIOUS CEREMONIAL CONDUCT. I REQUEST THE YOU PROVIDE OR ALLOW FOR MY NEEDS TO PROPERLY PRACTICE MY RELIGION IN CEREMONIAL MATTERS, DIETARY MATTERS, AND PERSONAL PRACTICE OF MY RELIGION AND ENSURE I AM ALLOWED TO PARTICIPATE IN RELIGIOUS PRACTICES/ ACTIVITIES. IN ORDER TO SUITABLY PRACTICE MY RELIGIOUS BELIEFS I REQUIRE THE BELOW LISTED THAT ARE EACH IN PROPER FORM.

1) A PROPER PLACE TO HAVE RELIGIOUS CEREMONIES
2) TWO TURNOUTS PER WEEK; 3 HOURS EACH
3) (8) EIGHT SABBATS A YEAR [illegible] HOURS EACH
4) 16 SIZE OF ROBES (IN [illegible] [illegible] (4 TURNOUTS IN PER [illegible] [illegible])
5) 13 [illegible] ESSENTIAL OILS (IN MUCH [illegible])
6) TWO SUCH [illegible] CONES OF INCENSE (IN MUCH [illegible])
7) CAULDRON
8) BROOM
9) CHALICE
10) CANDLES
11) CEREMONIAL ROBES AND JEWELRY
12) BELL
13) WAND
14) ATHAME
15) ALTAR CLOTH (SM. AND LG.)
16) PENTACLE
17) BOWLS
18) OBLATION DISH
19) GOD AND GODDESS STATUE
20) CORDS, RIBBONS, AND [illegible] CUNNINGS BAGS/WRAPS FOR EACH ITEM
21) CENSER
22) MORTAR AND PESTLE
23) [illegible] HERBS AND [illegible] FROM [illegible] [illegible]
24) HOLY BOOK (BOOK OF SHADOWS, [illegible] D. BRINKMAN CONTENT, AND SUCH BOOKS
25) 13 STONES (IN MUCH [illegible])
(NOTE: [illegible] ... )
[illegible several lines]

| Signature | Date |
|---|---|
| [signature] | [date] |

(GRANT COPY)

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

13-16000

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate G~~

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| BRINKMAN, ALBERT L | 133444 | LEWIS / BUCKLEY | 6/23/13 |

TO: A.D.W. WEISS

LOCATION: BUCKLEY UNIT A.D.W.'s Admin. Office

I AM AN ECLECTIC WICCAN WITH SINCERELY HELD BELIEFS AND I HAVE BEEN DENIED PRACTICE OF MY RELIGION AND HAVE FACED AGRESSION, OPRESSIONS, PROHIBITIONS, DISCRIMINATIONS, AND DENIAL TO PERSONAL RELIGIOUS PROPERTY I PURCHASED AND OWN BUT ACCESS TO IT IS RESTRAINED (BOOKS, RELIGIOUS NECKLACE, "HOLY BOOK" ...) & THIS CAUSING DENIAL OF ALL PRESCRIBED RELIGIOUS CEREMONIAL CONDUCT. I REQUEST THAT YOU PROVIDE OR ALLOW FOR MY NEEDS TO PROPERLY PRACTICE MY RELIGION IN CEREMONIAL MATTERS, DIETARY MATTERS, AND PERSONAL RELIGIOUS PRACTICES AND ENSURE I AM ALLOWED TO PARTICIPATE IN RELIGIOUS PRACTICES/ACTIVITIES. IN ORDER TO SUITABLY PRACTICE MY RELIGIOUS BELIEFS I REQUIRE THE BELOW LISTED THAT ARE EACH IN PROPER FORM.

1) A PROPER PLACE TO HAVE RELIGIOUS CEREMONIES

2) _____ THROUGH THE WEEK - 3 HOURS EACH

3) 4) 5) SALT, SEASONS & HERBS (HERBS SUCH ...

6) ...

[remainder of list illegible]

Signature _____

Date: _____

13-16000

## ARIZONA DEPARTMENT OF CORRECTIONS

| | For distribution: Copy of corresponding Inmate Letter must be attached to this response. |

## Inmate Letter Response

| Inmate Name *(Last, First M.I.)* Brinkman | ADC Number 133444 |

| Institution/Unit ASPC-Lewis Buckley Unit    2  A  12 |

| From R. Dorsey, Deputy Warden | Location Buckley Administration |

I am in receipt of your inmate letter in regards to ___Religious issues___. I would like to thank you for bringing your concerns to my attention.

This issues needs to be further reviewed by ___Chaplain Newman___

Please keep in mind you need to address your issue within the chain of command. Below are the members of the management team.

| | |
|---|---|
| Deputy Warden | R. Dorsey |
| Associate Deputy Warden | J. Weiss |
| Captain | D. Farr |
| COIV | S. Hernandez |
| Building COIII | * Assigned by building |
| Property | C. Roher |
| Movement | L. Castillo |
| SSU | Varvel & Arizon |
| Visitation Sgt | P. Greggs |
| Medical | Cameron Lewis |

| Staff Signature | Date 7·12/13 |

Computer Electronic Version

Distribution:  Original - Central Office Master File
　　　　　　　Copy - Inmate
　　　　　　　Copy - Institutional File

916-2
4/15/04

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | 2-A-12  LEWIS / BUCKLEY | 6/20/13 |

TO: WARDEN BACH

LOCATION: LEWIS COMPLEX WARDEN'S OFFICE

I AM AN ECLECTIC WICCAN WITH SINCERELY HELD BELIEFS, AND I HAVE BEEN DENIED PRACTICE OF MY RELIGION AND HAVE FACED AGGRESSIONS, OPPRESSIONS, PROPERTY LOSS, DISCRIMINATIONS, AND DENIAL TO APPROVED RELIGIOUS PROPERTY I PURCHASED, AND OWN BUT ACCESS TO IT WAS WITHELD, (BOOKS, RELIGIOUS NECKLACE, "HOLY BOOK", ALTAR, ETC-), CAUSING DENIAL OF ALL PRESCRIBED RELIGIOUS CEREMONIAL CONDUCT. I REQUEST THAT YOU PROVIDE OR ALLOW FOR MY NEEDS TO PROPERLY PRACTICE MY RELIGION IN CEREMONIAL MATTERS, DIETARY MATTERS, AND PERSONAL PRACTICE OF MY RELIGION AND ENSURE I AM ALLOWED TO PARTICIPATE IN RELIGIOUS PRACTICES / ACTIVITIES. IN ORDER TO SUITABLY PRACTICE MY RELIGIOUS BELIEFS I REQUIRE THE BELOW LISTED THAT ARE EACH IN PROPER FORM.

1) A PROPER PLACE TO HAVE RELIGIOUS CEREMONIES
2) TWO TURNOUTS PER WEEK; 3 HOURS EACH
3) (8) EIGHT SABBATS A YEAR; 4 HOURS EACH
4) 36 OZ. OF HERBS (TO MATCH ZODIAC)(16 OZ. MORE IF SEA SALT ALT HERBS)
5) 12 OZ. ESSENTIAL OILS (TO MATCH ZODIAC)
6) 120 STICKS OR CONES OF INCENSE (TO MATCH ZODIAC)
7) CAULDRON
8) BROOM
9) CHALICE
10) CANDLES
11) CEREMONIAL ROBES AND JEWELRY
12) BELL
13) WAND
14) ATHAME
15) ALTAR CLOTHS (SM. AND LG.)
16) PENTACLE
17) BOWLS
18) OBLATION DISH
19) GOD AND GODDESS STATUE
20) CORDS, RIBBONS, AND PROPER CONTAINERS, BAGS, WRAPS FOR EACH ITEM
21) CENCER
22) MORTAR AND PESTLE
23) RELIGIOUS DIET, FOODS, DRINK, AND FEASTS
24) "HOLY BOOK" (BOOK OF SHADOWS SUPPLIES TO MAKE AND MAINTAIN), AND STUDY BOOKS
25) 12 STONES (TO MATCH ZODIAC)
(NOTE; SEA SALT IS NEEDED, BUT HAS BEEN GROUPED BY A.D.O.C. WITH HERBS CURRENTLY)
MOREOVER, I HAVE SUFFERED HARASSMENTS, AND PERSECUTIONS, OVER MY RELIGIOUS BELIEFS AND AM ASKING YOU TO SEE THAT IT ALL STOPS, AND I BE ALLOWED TO HAVE RELIGIOUS PRACTICE, AND NOT SUFFER ANY ADVERSE AND OR UNEQUAL TREATMENT BECAUSE OF MY BELIEFS

| Signature | Date |
|---|---|
|  | 6/20/13 |

(HAND COPY)

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

> *For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Brinkman, Albert | 133444 |

| Institution/Unit |
|---|
| ASPC-Lewis, Buckley Unit |

| From | Location |
|---|---|
| R. Allen Bock, Warden | ASPC-Lewis, Complex Administration |

I am in receipt of your inmate letter dated June 20, 2013 regarding your religious practices.

You arrived at the Buckley Unit on June 3, 2013 from SMUI.

I am aware that shortly after your arrival to the Lewis Complex you also addressed this issue with the Senior Chaplain. You did not allow time for the Senior Chaplain to provide you a response, within the twenty (20) working days allowed by policy, before sending me your request.

I am also aware that you request has already been addressed through the Religious Services Administrator, Mr. Linderman.

13-153

| Staff Signature | Date |
|---|---|
| R. Al B | 07/16/2013 |

Distribution: Original - Master Record File
Copy - Inmate

916-2
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

STAFF WOULDN'T TAKE ON 7/1/13, I WILL KEEP TRYING TO TURN IN, HIS GRVNC STAFF NOT JO VNG

| Received By | 5____ |
|---|---|
| Title | COII |
| Badge Number | 4159 | Date | 7/17/13 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| BRINKMAN AGE L | 133744 | 7/13/13 |

| Institution/Facility | Case Number |
|---|---|
| Lewis / Buckley / 2-A-12 | L29-066-013 |

To: D.W. DORSEY

ISSUE: DENIAL OF RELIGIOUS PRACTICE (1st AMEND. AND RLUIPA VIOLATIONS)

**Description of Grievance** (To be completed by the inmate)

ON 5/5/13 I WROTE TO SR. CHAPLAIN _ OF _ PLANS ON INT WEEK I RNQU? IT IS NOW ADD 6 WEEKS LATER AND STILL NO TURNOUT GIVEN _ _ _ _. IT MATTER _ _ _ _ AN SEND MANY ADD'L _ TO SR. CHAPLAIN _ _ _ _ POSITIVE RESPONSE _ CHAPLAIN ON WHO AND WHERE I MAY BE (CONVERGING) OR FROM THE D.W. WHO POLICY INDICATES CAN AUTHORIZE THE CHOICE MADE. I HAVE WRITTEN PERSONAL LETTERS TO THE WARDEN CHAIN-OF-COMMAND ON WHAT ACCOMMODATIONS ARE NEEDED (AS NO STAFF ANSWER THE LETTERS OR GRVNC), SO THAT ALL ARE AWARE, AND HAVE "NOTED" ALL THE NEED I REQUIRE BUT TO DATE NO ACTUAL RESPONSE JUST A SINGLE ACKNOWLEDGE TION TO HAD, NO ONE EVEN TALKS ABOUT ANY OF IT, _ _ _ _ (NO INVESTIGA TION AT ALL) I AM SIMPLY DENIED ALL FORMS OF RELIGIOUS PRACTICE I HAVE PURSUED INFORMAL RESPONSES AND RELATED ISSUES DOCUMENTATION - TOTAL OF 17? FORM EXHAUSTING ALL DIRECT RELATED ISSUES PER PLRA REQUIREMENTS. IF YOU HAVE QUESTIONS, I AM HERE - PLEASE ASK

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

THIS IS AN ONGOING PROBLEM (THE DENIAL OF MY RELIGIOUS PRACTICE), AND I HAVE WRITTEN LETTERS TO STAFF EMPLOYEES AT ALL LEVELS (SEE ATTACHED LETTERS) AND INFORMAL ANY RESPONSE RECEIVING FROM THE _ _ INDIV _ _, OR MEANS TO RESOLVE. THE COII SENT MY COMPLAINT TO THOSE I COMPLAINED ABOUT SO THAT MAY RESOLVE FOR MY COMPLAINT(S).

TO RESOLVE: FULLY ACCOMMODATE MY RELIGIOUS PRACTICE _ 1st AMEND. & RLUIPA VIOLATIONS

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| _signature_ | 7/13/13 | | |

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1
7/13/09

13-16800



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit 2-A-12 | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | LEWIS / BUCKLEY | 7/1/13 |

| To | Location |
|---|---|
| CoIII STUDLEY | CoIII's Admin. OFFICE |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

ISSUE: DENIAL OF RELIGIOUS PRACTICE, BOTH ORGANIZED AND PERSONAL PRACTICE (MISSED SABBAT ON 6/20/13)

FACTS: I GOT TO BUCKLEY ON 6/3/13. ON 6/5/13 WROTE TO CHAPLAIN TO GET HIS NAME, BE PUT ON TURNOUT AND ASKED ABOUT SABBATS AND SUPPLIES, (NO RESPONSE HAS YET COME) (I ALSO ASKED ABOUT PERSONAL SERVICES I BELIEVE), ON 6/20/13 I WROTE AGAIN AS THE SABBAT WAS CLEARLY PASSING WITHOUT ME. NO RESPONSE TO DATE ON ANY MATTER, NO BEING PUT ON THE TURNOUT. NO RELIGIOUS ACCOMMODATIONS OF ANY SORT FOR A MONTH, AND COUNTING, IS UNREASONABLE AND VIOLATES POLICY, LAW, (BOTH 1ST AMENDMENT AND R.L.U.I.P.A.), AND JOB OF A CHAPLAIN (SEE D.O. 904 - RELIGIOUS MATTERS, AND D.O. 916 FOR POLICY VIOLATION IN FAILING TO RESPOND)

I AM DENIED RELIGIOUS CONDUCT, AND FILE TO EXHAUST THE ISSUE AS IT RELATES TO THE CHAPLAIN, (AND STAFF "CHAIN OF COMMAND", PERSONS)

| Inmate Signature | Date |
|---|---|
|  | 7/1/13 |

(HAND COPY MADE)

Have You Discussed This With Institution Staff?  ☑ Yes  ☐ No    SEVERAL VERBAL AND HAVE SENT LETTERS TO CHAIN OF COMMAND PERSONS

If Yes, give the staff member Name:

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-11(e)
12/19/12

13-16000

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| | Received By |
|---|---|
| | Corrice |
| | Title |
| | C |
| | Badge Number | Date |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| BRINKMAN ALBERT L | 133444 | 8/17 /13 |
| Institution/Facility | Case Number | |
| Lewis/Buckley /2-A-12 | | |
| To: | | |
| D.W. Dorsey | | |

### Description of Grievance *(To be completed by the inmate)*

ON 6/3/13 I SENT LETTER TO SR. CHAPLAIN AND ONE TO CHAPLAIN REQUESTING I BE PLACED ON THE RELIGIOUS TREND LIST FOR MY WICCAN FAITH. IN FACT I AM WICCAN IS A WELL KNOWN FACT TO BOTH P.A. LINDERMAN AND SR. CHAPLAIN KINGSLAND AS THEY ARE PAST AND OR PRESENT DEFENDANTS IN FEDERAL LEGAL ACTIONS I HAVE TIED DUE TO ISSUE OF FAITH, TO ALLOW ME TO PROTECT PRACTICE MY FAITH AND OR NOT ALLOWING ME ANY FAITH PRACTICE AT ALL. THESE TWO MEN ARE THE DIRECT SUPERVISORS OF CHAPLAIN HERMAN. ADD A WE...LATER WHEN I LEARNED THAT THE NAME OF THE CHAPLAIN AT THIS UNIT WAS "HERMAN, I SENT ANOTHER LETTER WITH HIS NAME SPECIFIC ON IT, INSTEAD OF DEPENDING ON JUST THE 6/3/13 LETTER WITH JUST THE GENERIC TITLE OF CHAPLAIN, AS YET ANOTHER COURTESY AND TO ENSURE ACTION WOULD BE TAKEN. ON 6/20/13, I RECEIVED A 916 JPA FORM INTO A DO 916 FORM, CASE WAS AS UNAWARE AS IN FACT. AND THOSE YOU CAN GET ARE JUST A BLANK PAGE IN DO 916 FORMAT, AS GIVEN, LESS CORRECT THEN THIS RE-FORMATTED FORM I USED), AND EXPLAINED MY... (CONT. ON P. 2)

### Proposed Resolution *( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

INFORMAL 8/11/13 & RESPONSE 8/13/13 BOTH ATTACHED AND ALSO A COPY TO ANOTHER REQ'S, DATED 8/13/13 IN RESPONSE TO CHAP. SHERMAN STILL WRITING MY CHAPLAINS TO RESOLVE, CORRECT STATE, TERMINATE THOSE WHO DISCRIMINATE AND OR RETALIATE, AND PROPER RELIGIOUS PRACTICE OF MY RELIGIOUS BELEIFS, AND MAKE ME WHOLE FOR MY SUFFERING AND LOSS

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| *[signature]* | 8/17/13 | | |

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | |
| | |
| | |
| | |
| | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

13-16000

PAGE #2

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility 2-A-12 | Case Number |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | Lewis/Buckley | |

(cont. from PG. #1, Form 802-1)"... Religious needs, and that I had been subject to ongoing retaliation, and requested the recipient to see that it all stops and I be allowed to have religious practices". (note: Lindzerman had received a similar letter the previous month), and sent it to Warden Bock, D.W. Dorsey, A.D.W. Weist, Sr. Chaplain Kingsland, Chaplain Herman, and it is worth noting the letter requested turnouts). Chaplain Herman stamped his copy received 6/22/13, and complained it was not on a proper form D.O. 916 (a complaint about which I have made many times when stating forms are not available), and returned it w/o response. A retaliatory move to attempt to cause-up, and or excuse, (in his mind) his malicious behavior of denying any and all religious conduct, and or related conduct, as a form of retaliation for complaints filed, and as neither Warden Bock or D.W. Dorsey returned this letter unanswered, it becomes clear, when only R.M. Lindzerman, Sr. Chp. Kingsland, Chp. Herman do this, when the Governor, director, warden, D.S.P. warden and A.D.W. do not do it. That it is clearly ordered by Lindzerman, Kingsland, Herman as retaliation for complaints. After receiving the rejection, I formatted a blank paper into the same format I had used on the first letter restating it generally and sent that on 7/15/13. It is now more than a month later, well past policy response times, and I still have not received any response to any letter beyond the single "wrong form" rejection. In addition to these events, I have filed several grievances, had staff call-out the radio to both Kingsland, and ask time to Herman, and many times by inmates going to multi faith having contact with Herman requesting I be turned out. But to this writing I still have not been turned out for group, or personal practice, study, contact, counseling, interview, or any religious matter at all almost 3 months now - nothing). It is clear retaliation. Kingsland response to staff on the radio (as I stood there) was "if he is not on the turnout he does not go." now, this is the Sr. Chaplain Kingsland who is responsible to see I get religious access/accommodations, who could verbally declare I'm on the turnout, who could pencil me in, and see it is corrected on the spot, and had extreme intimate knowledge of the fact I am Wiccan due to being involved with Lindzerman, (the Fed. Ct. case), personal discussions about accommodations at Town Hall meetings with me, and many years contact with me. In short, not one excuse is available for him not calling me up to the meeting he was at for religious matters - he was conducting the supervision of multi-faith personally, and responded not to send me. It is very clear that it takes only a minute time to put my name on a list, and or verbally confirm I should be sent - not months. Retaliation is clear, denial of all religious conduct is clear, not being turned out, no diet, no items/supplies, no personal services/turnout - nothing allowed. All aggressively, knowingly intentionally denied (by the christian clergy I might add)) All religious conduct of any sort denied me for months violates the 1st Amendment, RLUIPA and continues while all staff are aware after notice of this ongoing conduct which indicates to me that while Lindzerman, Herman, Kingsland, are the aggressive spear heads to this, it is also clearly supported by all staff that got personal requests to see that it stops, but instead, take no terminations, and support the clear ongoing retaliations, discriminations openly.

| Signature | Date |
|---|---|
| [signature] | 8/17/13 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

(X2) PURCHASE FORM - HAND COPY MADE

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit   Z-A-12 | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | Lewis/Buckley | 8/11/13 |

| To | Location |
|---|---|
| CoⅢ STUDLEY | CoⅢ's Admin. Office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

ISSUE: STAFF MISCONDUCT AND BLANTANT RETALIATION OF CHAP. HERMAN AND SR. CHAP. KINGSLAND, R.A. LINDGREN

ON 6/8/13 I SENT NOTICE REQUESTING I BE PUT ON THE RELIGIOUS TURN-OUT. I DID THIS OUT OF CONSIDERATION AS POLICY DOES NOT REQUIRE IT. AS IT IS CHAPLAINS JOB TO SEE IT IS CONTINUED YARD-TO-YARD. I GOT NO RESPONSE AND SENT OTHER LETTERS, FOLLOWED BY GRIEVANCES BUT ON 7/24/13, STILL NOT ON THE TURNOUT. STAFF CALLED SR.CHAPLAIN KINGSLAND AT TURNOUT TIME TO SEE IF I COULD GO AND HE REFUSED. ON 8/7/13 STILL NOT ON THE TURNOUT CHP. HERMAN ALSO REFUSED TO ALLOW I GO. IT HAS BEEN 69 DAYS AT THIS YARD W/O TURNOUT EITHER FOR GROUP OR PERSONAL SERVICES AFTER COPIOUS PAPERWORK/NOTICES.IT IS VERY CLEAR IT IS INTENTIONAL AND RETALIATORY. NO ALLOWING OF ANY RELIGION IS CLEAR SUBSTANTIAL BURDEN.

| Inmate Signature | Date |
|---|---|
| | 8/11/13 |

Have You Discussed This With Institution Staff?   ☐ Yes   ☐ No

If Yes, give the staff member Name:

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-11(e)
12/19/12

13-16000



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.
NO ATTACHMENTS PERMITTED. Please print all
information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit  Z-A-12 | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | Lewis / BUCKLEY | 8/18/13 |

| To | Location |
|---|---|
| CoIII STUDLEY | CoIII's Admin. OFFICE |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

ISSUE: VIOLATION OF 1ST AMENDMENT & R.L.U.I.P.A. IN THAT I AM DENIED
ALL RELIGIOUS CONDUCT, AND OR AM SUBSTANTIALY BURDENED IN MY PRACTICE
BY THE FOLLOWING A.D.O.C. REQUIREMENTS MADE BY CLERGY AND STAFF:
1) I AM DENIED TO "MAKE" ITEMS FOR MY RELIGIOUS PRACTICES THAT REQUIRE BEING MADE
2) NO ONE CAN "DONATE" RELIGIOUS ITEMS OR SUPPLIES TO ME
3) I AM REQUIRED TO HAVE MONIES THAT ARE "EARMARKED" FOR RELIGIOUS PURPOSES
PLACED ON MY INMATE ACCOUNT
4) I AM SUBJECT TO "SECRET" POLICYS THAT CAUSE DELAYS AND DENIALS OF RELIGIOUS
PRACTICE, (ONE EXAMPLE IS THE APPROVED ITEMS LIST BEING LIMITED)
5) STAFF REFUSE TO PROCESS REQUESTS TO APPROVE ANY ITEM OR SUPPLY UNLESS YOU
ARE PURCHASING IT AT THAT TIME
6) I AM DENIED ANY PERSONAL RELIGIOUS RITUALS, (NO "PERSONAL SERVICES")
7) I AM FORCED TO CONDUCT MY RELIGIOUS PRACTICES AS DIRECTED BY THE STATE
8) NO PLANS IS ALLOWED BUT MY RELIGIOUS PRACTICE REQUIRES IT
9) I AM DENIED RELIGIOUS DIET THAT MEETS MY RELIGIOUS NEEDS AND OR CONDUCT
10) I AM DENIED PROPER CONTAINERS FOR CARE AND STORAGE OF ITEMS AND OR SUPPLIES
11) A.D.O.C. FAILS TO EMPLOY WICCA CHAPLAINS
12) A.D.O.C. HAS, AND OR IS, BANNING BOOKS AND CATOLOGS ON GROUNDS THEY SHOW OR
TALK ABOUT ASPECTS OF MY RELIGIOUS FAITH
13) I AM DENIED A PROPER PLACE FOR RELIGIOUS PRACTICE AND ENOUGH TIME
14) I AM NOT ALLOWED TO OBTAIN SUPPLIES IN AMOUNTS THAT ALLOW PROPER PRACTICE
15) RELIGIOUS STAFF, (CHAPLAINS, SR. CHAPLAINS, P.A. LINDERMAN) ARE OPENLY HOSTILE,
RETALIATORY, FAIL TO ASSIST/FACILITATE IN PROPER PRACTICE, AND DISCRIMINATE
16) STAFF NAMED IN POLICY AS RESPONSIBLE TO ENSURE MY PRACTICE, FAIL TO
17) A.D.O.C. STAFF VIOLATE A.R.S. 41-1493, (AS WELL AS R.L.U.I.P.A. & 1ST AMEND.)
18) STAFF FAIL TO PROVIDE MONEY ACCOUNTABILITY, (PRINTOUTS, REFUNDS, ETC.) SEE # 2 & 3 & 4
19) CLERGY STAFF REFUSE TO RECOGNIZE SABBATS AS STANDARD PRACTICE & VIEW IT AS OPTIONAL
20) I AM FORCED TO RELY ON OTHERS TO PRACTICE, (VOLUNTEERS, DONATIONS, ATTENDENCE, ETC.)
I DO NOT WISH TO MINCE WORDS WITH LONG DELAYS, THIS GRIEVANCE SEEKS CORRECTION
OF THE ISSUES WITHOUT DELAY, AND OR FULL EXHAUSTION IF NOT CORRECTED. THIS IS AN
"NOTICE" GRIEVANCE, MY INTENTION IS TO GAIN CORRECTION WITHIN A.D.O.C., OR SEEK
LEGAL ACTION AGAINST ALL INVOLVED, (OR GIVEN NOTICE), NO LATER THEN DEC. 02, 2013,
(POSSIBLY MUCH SOONER). PLEASE CORRECT, "IN-HOUSE", THE ABOVE ISSUES NOW

| Inmate Signature | Date |
|---|---|
| | 8/18/13 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If Yes, give the staff member Name:

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-11(e)
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.
NO ATTACHMENTS PERMITTED. Please print all
information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit  Z-A-12 | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | LEWIS/BUCKLEY | 8/1/13 |

| To | Location |
|---|---|
| CO III STUDLEY | COIII'S ADMIN. OFFICE |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible. **ISSUE: 1ST**

AMENDMENT AND R.L.U.I.P.A. AND POLICY 904, VIOLATIONS, THAT RESULT IN BURDENING MY RELIGIOUS PRACTICE AND GENERALLY RESULT IN DENIAL OF ALL RELIGIOUS CONDUCT. EVENT TRIGGERING THIS INFORMAL: ON 8/1/13 I WAS DENIED PROPER SABBAT PRACTICE AND DURRING THE LAST 10 WORKDAYS DENIED ANY WICCA AND MULTI-FAITH TURNOUTS. EXAMPLES OF THINGS THAT RESULT IN "SUBSTANTIAL BURDEN" TO MY RELIGIOUS PRACTICE ARE:
1) NO WICCA TURN OUT, NO PERSONAL PRACTICE (NOT MULTI FAITH TURNOUT IN GENERAL, NO GROUP OR INDIVIDUAL PRACTICE FOR PROPER CONDUCT)
2) NO PROPER PLACE FOR 'SERVICES' OR PROPER TIME OR FREQUENCY OF IT.
3) BANNING LITERATURE AND CATALOGS (LIKE AZURE GREEN) BECAUSE IT HAS PICTURES, OR AR SPEAKS ON, ASPECTS OF MY RELIGIOUS PRACTICE
4) BEING GROUPED IN WITH "MULTI-FAITH" DENTS ALL PRACTICE OF MY FAITH
5) BANNING "RELIGIOUS SYMBOLS OR CLOTHING ITEMS" FROM PERSONAL CEREMONIES
6) DENYING USE OF FIRE          11) DENYING NEEDED FOODS AND DRINK DURING
7) DENYING MY RELIGIOUS DIET    RELIGIOUS SERVICES AND FEASTS/CELEBRATIONS
8) DENYING ESSENTIAL OILS       12) DENYING A BONFIRE
9) DENYING CANDLES              13) DENYING PROPER RELIGIOUS DRESS/ATTIRE
10) DENYING PROPER BELL         14) DENYING PROPER CHALICE
15) ALLOWING NO ACCOMMODATION TO MAKE (PROPER, OR MAINTAIN PROPER, BOOK OF SHADOWS AND RELIGIOUS ITEMS, SPELLS, SUPPLIES (PROPER CONTAINERS AND/OR "HOBBYCRAFT" TYPE WAIVER)
16) DENYING INCENSE            17) DENYING PROPER AMOUNT OF HERBS
18) DENYING BROOM              19) DENYING PROPER CHALICE
20) DENYING PROPER WAND        21) DENYING PROPER MORTAR AND PESTLE
22) DENYING PENTACLE           23) DENYING PROPER CENSOR (AND SUPPLIES)
24) DENYING PROPER BOWLS/OBLATION DISHS  25) DENYING PROPER GODDESS/GOD FIGURINS
26) DENYING CAULDRON           27) DENYING PROPER ALTAR CLOTHS
28) DENYING PROPER STONES/CRYSTALS  29) DENYING PROPER ATHAME
30) DENYING SEA SALT (AND AMOUNT OF IT)  31) MAKING ASPECTS OF MY RELIGIOUS CONDUCT CONTINGENT ON OTHERS, (I.E. VOLUNTEERS, DONATIONS, ETC.).
32) NOT PROVIDING A PLACE FOR PERSONAL SERVICES THAT IS PROPER TO DO PRACTICE
33) FORCING ME TO CHOOSE BETWEEN CONSTITUTIONAL RIGHTS I GOT, TO HAVE RELIGIOUS CONDUCT. THESE THINGS HAVE, AND/OR ARE GOING ON, AS RECENTLY AS TODAY (8/1/13) AS I AM CURRENTLY DENIED TODAYS SABBAT FOR THE ABOVE STATED REASONS (NOTE #2 ABOVE)

| Inmate Signature | Date |
|---|---|
| [signature] | 8/1/13 |

Have You Discussed This With Institution Staff?   ☑ Yes   ☐ No   KINGSLAND IN THE PAST, LETTERS TO

If Yes, give the staff member Name:   THOMPSON; VICKLAND; KINGSLAND; HERMAN; CHILDS; WEISS; BREWER; LINDERMAN; RYAN; BOCK; DORSEY; CREDIO; SAVINEN

13-16000

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | Z-A-12 Lowis/Buckly | 7/15/13 |

To: CHAP. HOFMAN

Location:

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I NEED TO KNOW IN deTAIL HOW I AM TO OBTAIN APPROVAL FOR MY RELIGIOUS dieT NEEDS, FOR MY PRACTICE OF WICCA RELIGIOUS PRACTICES.

Inmate Signature                    DOC 7029         Date 7/15/13

Have You Discussed This With Institution Staff?    Yes    No

State the staff member's name:

RECEIVED 7/15/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

> For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| BRINKMAN, ALBERT L. | 133444 |

| Institution/Unit |
|---|
| ASPC - Lewis/ Buckley / 2A12 |

| From | Location |
|---|---|
| Chapalin Herman | Administration |

You have requested a religious accommodation of ___a religious diet___

What is/or are your religious reasons for this request?

| Staff Signature | *Chaplain Herman* | Date | 8/16/13 |
|---|---|---|---|

RF7

918-2
5/13/10

13-16000

## ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

Inmate Name (Last, First M.I.) BRINKMAN ALBERT L

ADC Number 133444

Institution/Unit 2-A-12

Date 7/15/13

To: CHAP. HERMAN

Location CHAP. OFFICE

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I NEED A AUTHORIZATION TO BE ABLE TO HAVE THE SUPPLIES I NEED TO MAKE, AND/or MAINTAIN MY BOOK OF SHADOWS AS SECURITY STAFF CONSIDER IT A "HOBBYCRAFT" PROJECT, AND SO I NEED PROPER WRITTEN AUTHORIZATION FOR IT (OR IF PUT IN OTHER TERMS, I NEED A RELIGIOUS "HOBBYCRAFT" FOR MY BOOK OF SHADOWS AND SPELLS, NEEDS)

Inmate Signature [signature] DOC 70-28

Have You Discussed This With Institution Staff? ___ Yes ___ No

Date 7/15/13

②

RECEIVED 7/15/13

13-16000

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

> **For distribution:** Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| BRINKMAN, ALBERT L. | 133444 |

| Institution/Unit |
|---|
| ASPC - Lewis / Buckley / 2A12 |

| From | Location |
|---|---|
| Chapalin Herman | Administration |

A "Book of Shadows" is an authorized purchased item for those of the Wiccan faith group. You are not authorized to make one out of anything. Follow the previously explained purchase procedure you have received from Mike Linderman, Senior Chaplain Kingsland and Senior Chaplain Irby.

| Staff Signature | Date |
|---|---|
| *Chaplain Herman* | 8/16/13 |

13-16000

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | AOC Number | Institution/Unit | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | LEWIS/BUCKLEY  2-A-12 | 7/15/13 |

| To: | Location |
|---|---|
| CHAP. HERMAN | CHAP OFFICER |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

WHY AM I STILL NOT ON THE TURN OUT
FOR WICCA SERVICES?

Inmate Signature _____    Date 7/15/13

Have you discussed this with institution staff?    Yes    No    Doc# 7021

If so, give the staff member's name:

R 7/15/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| For distribution: Copy of corresponding Inmate Letter must be attached to this response. |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| BRINKMAN, ALBERT L. | 133444 |

| Institution/Unit |
|---|
| ASPC - Lewis / Buckley / 2A12 |

| From | Location |
|---|---|
| Chapalin Herman | Administration |

I have not received a request from you to be added to a religious service for your AIMS declared religious faith.

| Staff Signature | Date |
|---|---|
| Chaplain Herman | 8/16/13 |

Distribution: Original - Central Office Master File
Copy - Inmate
Copy - Institutional File

916-2
5/13/10

13-16000

## ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

Requests are limited to one page and one issue. N
~~ATTACHMENTS PERMITTED~~ Please print all information.

| Inmate Name (Last, First, M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| BRINKMAN, ALBERT, L. | 133464 | 2-A-12 LEWIS / BUCKLEY | 7/15/13 |

To: Chap. HERMAN

Location: CHAP. OFFICE

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

How do I TELL OUTSIDE PEOPLE THAT WISH
TO "DONATE" ITEMS AND SUPPLIES TO ME, FOR
WICCA RELIGIOUS PRACTICE, TO GO ABOUT IT?,
(WHAT PROCESS DO THEY NEED TO FOLLOW TO
"DONATE" TO ME?)

Inmate Signature

DOC # 7022   Date   7/15/13

Have You Discussed This With Institution Staff?   Yes   No

Give the staff member's name:

④

R 7/15/13

13-26000

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| For distribution: Copy of corresponding Inmate Letter must be attached to this response. |
| --- |

| Inmate Name (Last, First M.I.) | ADC Number |
| --- | --- |
| BRINKMAN, ALBERT L. | 133444 |

| Institution/Unit |
| --- |
| ASPC - Lewis / Buckley / 2A12 |

| From | Location |
| --- | --- |
| Chapalin Herman | Administration |

Donations to the complex are always welcome however donations can not be to a specific unit or inmate.  As has been explained to you in the past by Senior Chaplain Kingsland, Senior Chaplain Irby, Senior Chaplain Vicklund and Pastoral Administrator Linderman YOU must purchase your religious items to practice your declared religion.

| Staff Signature | Date |
| --- | --- |
| Chaplain Herman | 8/16/13 |

93-16000

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

Requests are limited to one page and one issue, NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit  2-A-12 | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | Lewis/Buckley | 7/15/13 |

To: Chap. Herman

Location: Chap. office

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

MY FAMILY WISHS TO ASSIST ME IN MY RELIGIOUS NEEDS BY PAYING FOR ITEMS AND SUPPLIES FOR MY RELIGIOUS PRACTICE, FROM APPROVED VENDORS, (OF APPROVED ITEMS), AND I NEED TO TELL THEM HOW TO DO THAT, (AS THEY ARE ADVERSE TO SENDING MONEY TO A.D.O.C., BUT WISH TO SEE I GET PROPER RELIGIOUS PRACTICE).

| ...e Signature | Doc # 9023 | Date 7/15/13 |
|---|---|---|

e you Discussed this with Institution Staff?  [ ] Yes  [ ] No

s. Give the staff member's name:

7/15/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| | For distribution: Copy of corresponding Inmate Letter must be attached to this response. |
|---|---|

| Inmate Name (Last, First M.I.)<br>BRINKMAN, ALBERT L. | ADC Number<br>133444 |
|---|---|

| Institution/Unit<br>ASPC - Lewis / Buckley / 2A12 | |
|---|---|

| From<br>Chapalin Herman | Location<br>Administration |
|---|---|

Policy has not changed about how you are to purchase/obtain items, this has been explained to you numerous times. The money to purchase must come from you via an MTA starting with a purchase request via inmate letter.

| Staff Signature *Chaplain Herman* | Date 8/16/13 |
|---|---|

13-16000

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit 2-A-12 | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | LEWIS/BUCKLEY | 7/15/13 |

To: CHAP. HERMAN

Location: CHAP. OFFICE

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

HOW do I GET APPROVAL FOR NEEDED RELIGIOUS ITEMS THAT ARE NOT ON THE APPROVED ITEMS LIST" CURRENTLY SO THAT I MAY OBTAIN THE FUNDS TO ORDER THE ITEMS WHEN THE APPROVAL IS HAD?

Inmate Signature

Dec 2024

Date 7/15/13

Have you discussed this with institution staff?    Yes    No

Give the staff member's name:

RECEIVED 7/15/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| For distribution: Copy of corresponding Inmate Letter must be attached to this response. |
| --- |

| Inmate Name *(Last, First M.I.)* | ADC Number |
| --- | --- |
| BRINKMAN, ALBERT L | 133444 |

| Institution/Unit |
| --- |
| ASPC - Lewis / Buckley / 2A12 |

| From | Location |
| --- | --- |
| Chapalin Herman | Administration |

It has been explained to you by Senior Chaplain Kingsland, Senior Chaplain Irby and Mike Linderman numerous times what you must do to possess approved religious items. The process has not changed, follow the process.

| Staff Signature | Date |
| --- | --- |
| Chaplain Herman | 8/16/13 |

Distribution: Original - Central Office Master File
Copy - Inmate
Copy - Institutional File

916-2
5/13/10

13-16000

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First MI) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | 2-A-12 Lewis/Buckley | 7/15/13 |

| To: CHAPLAIN HERMAN | Location CHAP. OFFICE |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

HOW do I OBTAIN A CURRENT LIST OF ITEMS APPROVED FOR WICCA RELIGIOUS PRACTICE

⑦

| ite Signature (signature) DOC 7025 | Date 7/15/13 |
|---|---|

e You Discussed This With Institution Staff?    Yes    No

 ive the staff member's name

RECEIVED 7/15/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

<table>
<tr><td colspan="2">For distribution: Copy of corresponding Inmate Letter must be attached to this response.</td></tr>
</table>

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| BRINKMAN, ALBERT L. | 133444 |

**Institution/Unit**
ASPC - Lewis / Buckley / 2A12

| From | Location |
|---|---|
| Chapalin Herman | Administration |

It has been explained to you by Senior Chaplain Kingsland, Senior Chaplain Irby and Mike Linderman how to properly obtain religious items. It is your responsibility to identify what you need to practice your AIMS declared Religious Preference of Wiccan. Those items have been identified and the process explained on how to have new items added to the approved list. Follow the policy and procedures as previous explained.

| Staff Signature | Date |
|---|---|
| *Chaplain Herman* | 8/16/13 |

Distribution: Original - Central Office Master File
Copy - Inmate
Copy - Institutional File

916-2
5/13/10

13-16000

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| BRINKMAN ALBERT L | 133444 | LEWIS / BUCKLEY  2-A-12 | 7/5/13 |

| To: | Location |
|---|---|
| CHAP. HERMAN | CHAP. OFFICE |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

WHERE do I do PERSONAL SERVICES AT, ON The BUCKLEY UNIT? (I'm WICCAN)

DOC 7626

Date 7/15/13

7/15/13

13-16000

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| BRINKMAN, ALBERT L. | 133444 |

| Institution/Unit |
|---|
| ASPC - Lewis / Buckley / 2A12 |

| From | Location |
|---|---|
| Chapalin Herman | Administration |

You may practice the personal services in your cell, as previously explained to you by Senior Chaplain Kingsland.

| Staff Signature | Date |
|---|---|
| *Chaplain Herman* | 8/16/13 |

Distribution: Original - Central Office Master File
Copy - Inmate
Copy - Institutional File

916-2
5/13/10

13-16000

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

Requests are limited to one page and one issue. No ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | | ADC Number | Institution/Unit 2-A-12 | Date |
|---|---|---|---|---|
| BRINKMAN ALBERT C | | 133444 | LEWIS/Buckley | 7/15/13 |

To: Chap. Herman

Location: Chap. Herman

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Where do I OBTAIN "FLAME" FOR MY RELIGIOUS PRACTICE, (NOTE; THAT LIVING FLAME IS REQUIRED NOT A SMOLDERING EMBER)

Inmate Signature _____ DOC# 727

Date 7/15/13

⑨

Have you Discussed This With Institution Staff?    Yes    No

If yes, give the staff member's name:

13-16000

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| For distribution: Copy of corresponding Inmate Letter must be attached to this response. |
| --- |

| Inmate Name *(Last, First M.I.)* | ADC Number |
| --- | --- |
| BRINKMAN, ALBERT L | 133444 |

| Institution/Unit |
| --- |
| ASPC - Lewis / Buckley / 2A12 |

| From | Location |
| --- | --- |
| Chapalin Herman | Administration |

Open "flame" is not permitted in the Arizona Dept. of Corrections at this time.  Your alternative is an electric candle

which you may purchase following department guidelines or you may have a paper representation.

| Staff Signature  *Chaplain Herman* | Date  8/16/13 |
| --- | --- |

Distribution:  Original - Central Office Master File
          Copy - Inmate
          Copy - Institutional File

916-2
5/13/10

# CERTIFICATE OF SERVICE

Case Name: _ALBERT L BRINKMAN_ v. _CHARLES RYAN ET AL._

9th Cir. Case No.: _13-16000_

**IMPORTANT:** You must send a copy of ALL documents filed with the Court and any attachments to counsel for ALL parties in this case. You must attach a copy of the certificate of service to each of the copies and the original you file with the Court. Please fill in the title of the document you are filing. Please list the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below.

I certify that a copy of the _MOTION FOR ORDER OF RELIEF OR OTHER ACTION_

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____
Signature
Notary NOT required

| **Name** | **Address** | **Date Served** |
|---|---|---|
| MICHAEL HRNICEK ASSIST. ATTORNEY GEN. | 1275 W. WASHINGTON ST. PHOENIX, AZ 85007 | 8/22/13 |